UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RICHARD MILLER<br>1515 Arlington Ridge Road, # 304<br>Arlington, Virginia 22202<br>202-365-1061       Plaintiff,<br><br>v.<br><br>MARK V. ROSENKER,<br>ACTING CHAIRMAN<br>NATIONAL TRANSPORTATION<br>SAFETY BOARD,<br>490 L'Enfant Plaza, S.W.<br>Washington, D.C. 20594<br>                         Defendant. | CASE NUMBER 1:05CV02478<br>JUDGE: Gladys Kessler<br>DECK TYPE: Employment Discrimination<br>DATE STAMP: 12/28/2005 |

## COMPLAINT OF AGE DISCRIMINATION
## AND RETALIATION IN EMPLOYMENT

1. This action seeks relief from age discriminatory and retaliatory conduct by the Defendant, both in violation of Section 15 of the Age Discrimination in Employment Act (ADEA), 29 U.S.C. § 633a.

2. This Court has jurisdiction of this case under 29 U.S.C. § 633a.

Parties

3. Plaintiff was born on March 24, 1949. He received a bachelor's degree from the University of North Carolina, Chapel Hill in 1971. He received a Master's in Public Administration degree from Southern Illinois University, Edwardsville in 1974.

4. Defendant MARK V. ROSENKER is the Acting Chairman of the National Transportation Safety Board. This Complaint brings this suit against him in his official capacity.

5. Plaintiff has been employed by U.S. government agencies in the 1970s and 1980s for

approximately 14 years. He has been employed by the NTSB since June 1999. For most of that time he was in the Office of the Chief Financial Officer as a Financial Management Specialist, GS 14.

6. Defendant Agency awarded plaintiff the highest performance ratings possible ("Excellent" or equivalent) each year from his employment in 2000 until December 2004.

7. In January 2002, however, he filed an administrative complaint alleging age discriminatory practices against him by the Defendant Agency. Subsequently Defendant Agency has taken a series of retaliatory actions against him.

8. That pattern of retaliatory conduct culminated in a notice of intent in 2005 to remove him from his employment.

9. Defendant has replaced Plaintiff with two much younger employees.

10. Upon information and belief, Defendant began proceedings to remove a 59 year old employee from her employment with the Defendant.

11. Plaintiff has filed administrative charges repeatedly and has placed the Agency and the Equal Employment Opportunity Commission on notice of his claims of discriminatory conduct. Plaintiff has taken the administrative steps prerequisite to filing suit.

12. The Defendant Agency has not shown and cannot show that its removal of Plaintiff from its employment or its other discriminatory and retaliatory conduct was based upon a reasonable factor other than age. The conduct of the Defendant Agency in discriminating against him because of his age and because he has filed administrative charges violates the provisions of Section 15 of the ADEA 29 U.S.C. § 633a.

WHEREFORE, Plaintiff prays for entry of:

1) An injunction declaring unlawful the practices followed by the Defendant Agency and requiring the Defendant Agency to reinstate him and restore him to the same duties and responsibilities he had before he filed charges; and that it enjoin the Defendant Agency from further discriminatory and retaliatory conduct against him.

2) A judgment awarding the plaintiff back pay, and other loss of income, loss of retirement and health benefits, and other make-whole relief;

3) An award to the plaintiffs of the costs of litigation including reasonable expenses, attorneys' fees and expert witness fees.

4) Such other relief as may be just.


Respectfully submitted,

Richard Miller
1515 Arlington Ridge Road, # 304
Arlington, Virginia 22202
(703) 685-3709

December 28, 2005