# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COMUMBIA

Richard L. Miller                    Case Number: 05 2478 GK

VS

Mark Rosenker, Acting Chairman
National Transportation Safety Board
(NTSB)

### AFFIDAVIT OF SERVICE

I, Richard L. Miller, hereby declare that on February 22 of 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Mark Rosenker, Acting Chairman, NTSB, 490 L'Enfant Plaza, SW, Washington, DC 20594; to US Attorney General for The DC, 555 4th Street NW, Washington, DC 20001; and to US Attorney General, 950 Pennsylvania Ave., NW, Washington, DC 20530.

_____ 4/06/06
Richard L. Miller  Date
1515 Arlington Ridge Road
Apartment 304
Arlington, Va. 22202
703-685-3709

**RECEIVED**
APR 7 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Mark Rosenker
Act. Chairman NTSB
NTSB
490 L'Enfant Plaza, SW.
Washington, D.C.
20594

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kim Nguyen_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Kim Nguyen
C. Date of Delivery: 2/28/06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0004 0700 5723

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
950 Pennsylvania Ave
NW
Washington, DC
20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): MAR 0 1 2006
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0004 0700 5730

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br>*U.S. Attorney General for the D.C.*<br>*555 4th Street, NW*<br>*Washington, DC*<br>*20001* | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| 2. Article Number (Transfer from service label)  700 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540