

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COMUMBIA

Richard L. Miller                         Case Number: 05 2478 GK

    VS

Mark Rosenker, Acting Chairman
National Transportation Safety Board
(NTSB)

## MOTION FOR COURT APPOINTED COUNSEL

I am out of work and can't afford a lawyer.

_____
Richard L. Miller  Date
1515 Arlington Ridge Road
Apartment 304
Arlington, Va. 22202
703-685-3709

**RECEIVED**

APR 7 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COMUMBIA

Richard L. Miller                    Case Number: 05 2478 GK

    VS

Mark Rosenker, Acting Chairman
National Transportation Safety Board
(NTSB)

## CERTIFICATE OF SERVICE

I, Richard L. Miller, hereby declare that on April 7 of 2006, I mailed a copy of the Motion for Court Appointed Counsel to Mark Rosenker, Acting Chairman, NTSB, 490 L'Enfant Plaza, SW, Washington, DC 20594.

Richard L. Miller   Date
1515 Arlington Ridge Road
Apartment 304
Arlington, Va. 22202
703-685-3709