## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MILLER,<br>1515 Arlington Ridge Road #304<br>Arlington, Virginia   22202<br><br>           Plaintiff,<br><br>      v.<br><br>MARK V. ROSENKER, Acting Chairman<br>  NATIONAL TRANSPORTATION<br>    SAFETY BOARD<br>490 L'Enfant Plaza, S.W.,<br>Washington, D.C.  20594<br><br>           Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No. 05-2478 (GK)<br>Electronic Case Filing |

### PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Jane M. Lyons** as counsel for the defendant in the above-captioned case.

Respectfully submitted,

/s/
JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161
(202) 514-8789 (fax)
Jane.Lyons@usdoj.gov

Dated:  April 24, 2006

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **24th** day of **April**, 2006, a true and correct copy of the foregoing **Praecipe** was served upon **pro se plaintiff** by first class United States mail, postage prepaid marked for delivery to:

RICHARD L. MILLER
1515 Arlington Ridge Road
# 340
Arlington, Virginia   22202

/s/_____
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney