## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD MILLER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil  Action  No. 05-2478 (GK)** |
| ) | **Electronic Case Filing** |
| **MARK V. ROSENKER, Acting Chairman**) | |
| **NATIONAL TRANSPORTATION** ) | |
| **SAFETY BOARD** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

The defendant, Mark V. Rosenker, Acting Chairman of the National Transportation

Safety Board, by and through her undersigned counsel, respectfully moves this Court pursuant to

Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the

Complaint by two and a half weeks.  Specifically, the defendant requests that the deadline for

responding to this complaint be extended from April 28, 2006 to May 17, 2006.  This is the

defendant's first request for an extension to respond to the Complaint in this matter.  Plaintiff,

who is representing himself, opposes the relief being sought in this motion.

This case involves allegations of employment discrimination. The U.S. Attorney's Office

was served with the Complaint February 27, 2006.  Since then, the Assistant United States

Attorney assigned to this case has contacted the National Transportation Safety Board ("NTSB")

to obtain information needed to respond to the complaint.  Personnel at the NTSB have provided

some preliminary information, but some additional time is needed to review and analyze that

material and to consult further on the draft pleading.  Undersigned counsel is unable to complete

that process prior to the current deadline, in part because she will be out of the country between

April 25, 2006 and May 4, 2006.  The Assistant United States Attorney assigned to this case also

has an active docket of other cases which generate many other deadlines and activity.

Consequently, some additional time is needed to prepare a response to the Complaint in this case.

     This motion is filed in good faith and granting it will not unfairly prejudice any of the

parties or unduly delay the Court's resolution of this matter.  Indeed, allowing the defendant

sufficient time to respond to the complaint helps to ensure that the issues are properly joined.

     WHEREFORE, based on the foregoing, the defendant respectfully requests that the time

for answering or otherwise responding to the Complaint be extended to and including May 17,

2006.  A proposed order is attached.

     Dated: April 24, 2006.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

 /s/_____
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
555 4th Street, N.W - Room E4822.
Washington, D.C.  20530
(202) 514-7161
(202) 514-8780 (facsimile)

<u>**CERTIFICATE OF SERVICE**</u>

**I  HEREBY  CERTIFY** that on this  **24th**   day of **April**, 2006, a true and correct copy

of the foregoing  was served by electronic mail (to <u>rmiller707@yahoo.com</u>) and by first class

United States mail, postage prepaid marked for delivery to:

**RICHARD L. MILLER**
1515 Arlington Ridge Road
# 340
Arlington, Virginia   22202

/s/
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney