UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD MILLER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-2478 (GK) |
| ) | Electronic Case Filing |
| **MARK V. ROSENKER, Acting Chairman**) | |
|   **NATIONAL TRANSPORTATION** ) | |
|   **SAFETY BOARD** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## ORDER

UPON CONSIDERATION of defendant's opposed motion for enlargement of time to file a response to the complaint in this matter and the entire record in this case, the Court finds that good cause exists for the requested enlargement. Accordingly, it is hereby

**ORDERED** that defendant's motion is **GRANTED**, and defendant shall have through and including May 17, 2006 to file an answer or otherwise respond to the complaint.


_____                     _____
Date                                                                    GLADYS KESSLER
                                                                              United States District Judge

Copies to:

**Through ECF:**
AUSA Jane M. Lyons (jane.lyons@usdoj.gov)
Counsel for Defendant
**By U.S. Mail:**
RICHARD L. MILLER
1515 Arlington Ridge Road
# 340
Arlington, Virginia   22202