UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD MILLER,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-2478 (GK) |
| ) | Electronic Case Filing |
| **MARK V. ROSENKER, Acting Chairman**) | |
| **NATIONAL TRANSPORTATION** ) | |
| **SAFETY BOARD** ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S STATEMENT OF MATERIAL FACTS NOT IN GENUINE ISSUE**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, and Local Rule 7(h), Defendant respectfully submits this statement of material facts as to which he contends there is no genuine dispute.

1. Plaintiff filed this action on December 28, 2005.  See Docket Entry No. 1.

2. Plaintiff alleges in the Complaint that the National Transportation Safety Board ("NTSB") discriminated against him unlawfully on account of his age and retaliated against him on account of his protected EEO activity by issuing a Notice of Proposed Removal and replacing him with younger employees.  Complaint, ¶¶ 8-9.

3. Plaintiff filed an administrative complaint of discrimination with the National Transportation Safety Board's Equal Employment Opportunity office on January 12, 2006 complaining, among other things, about his receipt of a Notice of Proposed Removal and changes in his job duties.  See Declaration of Fara D. Guest ("Guest Dec."), ¶¶ 15-18.  That complaint was assigned Agency No. NTSB-2006-008.  Id. ¶ 15.

4. The NTSB has not completed its investigation of NTSB-2006-008. Id. ¶ 16.

5. Neither the Notice of Proposed Removal nor any changes in plaintiff's duties or assignments have caused him to lose pay or benefits or substantially altered the conditions of his employment. Complaint, passim.

Dated: May 17, 2006.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

  /s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161