UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                               )
**RICHARD MILLER,**               )
                                               )
        **Plaintiff,**               )
        v.                             )    Civil Action No. 05-2478 (GK)
                                               )    Electronic Case Filing
**MARK V. ROSENKER, Acting Chairman**)
 **NATIONAL TRANSPORTATION**     )
 **SAFETY BOARD**                        )
                                               )
        **Defendant.**             )
_____)

### ORDER

    This matter is before the Court on defendant's motion to dismiss or for summary judgment. Based on the entire record in this case, including plaintiff's opposition to the motion, the Court finds that plaintiff's Complaint fails to state a claim on which relief may be granted and that plaintiff failed to exhaust his administrative remedies properly and fully before coming into this Court. Accordingly, it is hereby

    **ORDERED** that defendant's motion to dismiss or for summary judgment is **GRANTED**, and it is further

    **ORDERED** that Judgment be entered in favor of defendant.

    This is a final, appealable order.


_____                           _____
Date                                                    GLADYS KESSLER
                                                          United States District Judge

Copies to:

**Through ECF:**
AUSA Jane M. Lyons (jane.lyons@usdoj.gov)
Counsel for Defendant

**By U.S. Mail:**
RICHARD L. MILLER
1515 Arlington Ridge Road
# 340
Arlington, Virginia   22202
Plaintiff