UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RICHARD MILLER, </br></br> Plaintiff, </br></br> v. </br></br> MARK V. ROSENKER, Acting Chairman </br> NATIONAL TRANSPORTATION </br> SAFETY BOARD </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> )  Civil Action No. 05-2478 (GK) </br> )  Electronic Case Filing </br> ) </br> ) </br> ) </br> ) </br> ) |

### NOTICE TO THE COURT

Defendant respectfully gives the Court notice of some recent and anticipated developments in this case. Defendant filed a motion to dismiss or for summary judgment in this case on May 17, 2006. The Court advised plaintiff, who is *pro se* that he should file his response to that motion by no later than June 25, 2006.

Subsequent to the Court's Order, defendant's counsel was contacted by an attorney named Thomas J. Gagliardo who is now representing plaintiff in this matter and intends to file an amended complaint.[1] Because defendant has not yet filed an answer in this action, Rule 15(a) of the Federal Rules of Civil Procedure allows plaintiff to file an amended complaint freely at this juncture. Mr. Gagliardo is currently out of town and, although he has represented to undersigned counsel that he attempted to file an entry of appearance and something indicating his intention to file an amended complaint in this case before he left, he failed to do so successfully.

---

[1] Mr. Gagliardo filed a second lawsuit on behalf of plaintiff against the same defendant on or about June 9, 2006, and it has been assigned Civil Action No. 06-1071 (GK).

Accordingly, on June 25, 2006, after consultation by telephone, counsel for the parties agreed that undersigned counsel would advise the Court that plaintiff intends to file an amended complaint no later than July 7, 2006.  According to Mr. Gagliardo, his current travel, commitments in other matters when he returns, and his need to evaluate some additional information in this case preclude an earlier filing date.  To the extent Mr. Gagliardo elects to file an opposition to the pending motion instead of amending the complaint, defendant would not oppose an enlargement of time for plaintiff to do so that would extend through July 7, 2006.

    Therefore, the parties respectfully urge the Court to take no action on defendant's pending motion until after July 7, 2006.

    Dated: June 23, 2006.

    Respectfully submitted,


_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 23rd day of June, 2006, a true and correct copy of the foregoing Notice to the Court was served upon plaintiff by first class United States mail, postage prepaid marked for delivery to:

**RICHARD L. MILLER**
1515 Arlington Ridge Road
#340
Arlington, Virginia 22202

and on Thomas Gagliardo, Esq. by electronic mail (gagliardo@workplace-law.net).

/s/_____
JANE M. LYONS  D.C. Bar # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161