# U.S. DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Richard Miller, | ] |
| Plaintiff, | ] **Case No.** 1:05-cv-02478-GK |
| vs. | ] |
| MARK V. ROSENKER, Acting Chair NATIONAL TRANSPORTATION SAFETY BOARD, | ] |
| Defendant. | ] |

## NOTICE OF APPEARANCE

Plaintiff respectfully notes the appearance of his counsel:

    Michael J. Snider, Esq. – lead counsel
    Ari Taragin, Esq. – to be noticed
    Jeffery Taylor, Esq. – to be noticed
    Andreas Akaras, Esq. – Of Counsel
    Snider & Associates, LLC
    104 Church Lane, Suite 201
    Baltimore, MD 21208
    410-653-9060 voice
    410-653-9061 fax

    Respectfully Submitted,

    ____/s/_____ 7/5/06
    Michael J. Snider, Esq.
    Snider & Associates, LLC
    104 Church Lane, Suite 201
    Baltimore, MD 21208
    410-653-9060 voice
    410-653-9061 fax