U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Richard Miller, | ] |
| | ] |
| Plaintiff, | ]   **Case No.** 1:05-cv-02478-GK |
| | ] |
| vs. | ] |
| | ] |
| MARK V. ROSENKER, Acting Chair | ] |
| NATIONAL TRANSPORTATION | ] |
| SAFETY BOARD, | ] |
| | ] |
| Defendant. | ] |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS OR FOR SUMMARY JUDGMENT AND TO FILE AMENDED COMPLAINT**

Plaintiff respectfully moves that he be allowed an additional amount of time not to exceed fourteen (14) days to file his Response to Defendant's Motion to Dismiss or for Summary Judgment, and to likewise file an Amended Complaint in this matter. Defendant previously indicated no opposition to an extension until July 7, 2006 and asked that this Court take no action on the pending Motion until that date; we request 14 additional days as new counsel.

Defendant's counsel was contacted regarding this Motion and indicated that they do not oppose it.

Respectfully Submitted,

____/s/_____  7/5/06
Michael J. Snider, Esq.
Snider & Associates, LLC
104 Church Lane, Suite 201
Baltimore, MD 21208
410-653-9060 voice
410-653-9061 fax