**U.S. DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Richard Miller, | ] | |
| | ] | |
| Plaintiff, | ] | **Case No.** 1:05-cv-02478-GK |
| | ] | |
| vs. | ] | |
| | ] | |
| MARK V. ROSENKER, Acting Chair | ] | |
| NATIONAL TRANSPORTATION | ] | |
| SAFETY BOARD, | ] | |
| | ] | |
| Defendant. | ] | |

**ORDER**

Upon receipt and consideration of Plaintiff's unopposed Motion, it is hereby ORDERED

that:

1.    Plaintiff's Motion is GRANTED;

2.    Plaintiff's Response to Defendant's Motion to Dismiss or for Summary

      Judgment is due on or before July 21, 2006.

3.    Plaintiff may file an Amended Complaint on or before July 21, 2006.


Date: _____          _____
                                       US District Court Judge Kessler