U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Richard Miller, ] | |
| ] | |
| Plaintiff, ] | **Case No.** 1:05-cv-02478-GK |
| ] | |
| vs. ] | |
| ] | |
| MARK V. ROSENKER, Acting Chair ] | |
| NATIONAL TRANSPORTATION ] | |
| SAFETY BOARD, ] | |
| ] | |
| Defendant. ] | |

**PROPOSED ORDER**

The Court finds, in light of Plaintiff's Opposition and Response to the Motion to Dismiss, and the filing of his Amended Complaint, as follows:

Defendant's Motion is DENIED as moot and/or premature.


Date: _____        _____
                                                        US District Court Judge Gladys Kessler