MiLLeR FoRMAL Complaint - 617-269-9139 — SONJA HattoN

March 20, 2003

Fara,

As requested, the following is a redo of the information submitted in December 2002. I have regrouped some of the allegations and hope the information in this document expresses clearer my continuing awareness of the continuous pattern of retaliatory actions since the counseling session in January 2002. All allegations are retaliatory and damaging to my career.

I further want to state again that I disagree with Mr. Fisher's recommendations in the retaliatory counseling report. These actions are since the counseling session and have been continuous in nature.

Today is the first time in almost a week that I have felt well enough to revise these groupings. It has been one doctor and one test after another. (If you should need a note from a doctor, let me know). Please excuse the tabbing problems in this document.

1. **Training:**

Since the counseling on my first case, NTSB has continually denied training for me-- or in some cases failed to inform me of training opportunities available to other employees. These reprisal actions have severely damaged my career. While being generous with other employee's training, I am receiving disparate treatment due to retaliation.

The CFO office has installed a new Financial Management System. There have been several training classes that also provided several reference books. I was not included nor informed that these classes were being held. Recently, I have been told that there was not a need for me to attend the Financial Management System training. How can everyone else in the CFO office with the exception of possibly the CFO's assistant, be denied this training?

While NTSB provides upward mobility training, the CFO office only recommends training for me to become a financial or budget analyst. This is like being told that you need to learn your job.   This is disparate treatment and in my case reprisal for the EEO complaint.

Although I was the lead to bring Travel Manger (electronic vouchering system) to NTSB CFO officials have continually moved me away from having anything to do with the operation. There were a group of CFO and agency individuals that were given the opportunity to attend Travel Manger training in October. I believe the course was a weeklong and was to be held in Florida. Since I brought Travel Manager to NTSB, then it was taken away with one vote, but then was told could be the back-up but never included and then this summer assigned in the Performance Standard the Post Audit of Travel Manager, I just wonder why I wasn't at least told of this training.

**2. SES Development/Leadership/Management Training:**
NTSB has denied as a part of reprisal any participation in SES Development programs/courses, leadership or management training while generously sending other employees to such training. Although I and other employees have been told that NTSB does not have an SES or SES-like Development Program and does not participate in any similar-like programs, it is my understanding that we recently sent an employee to the SES Fellows Program at the JFK School of Government at Harvard (3rd time). We also send employees, including the Deputy CFO to Federal Executive Institute (FEI). It is also my understanding that the CFO office has funded this year upward mobility training at least twice for a new employee. This denial that programs and employee participation even exists, is reprisal.

This denial severely damages my career. The entire federal government is focused on how they are going to replace GS-15 and SES's retiring over the next three years and NTSB denies any training to me. How are some employees sent to SES training and others, including me, told that no program exists? Operating under the Continuing Resolution is no excuse as the SES Development training occurred and was paid with this fiscal years' funding.

**3. CFO Management Team:** It was an act of reprisal to remove me from the CFO Management Team on July 30' 2002 and not respond to my email requesting the reason for removal and the date of removal. Further, it was an act of reprisal for the Deputy to take it out of my Performance Appraisal for the entire period of June 1, 2001 to May 30, 2002. Management and Leadership involvement are an integral part of both being a GS-15 and are one of the core areas for SES. By removing me from the CFO Management team and denying me any involvement in management, the CFO office's reprisal efforts have severely damaged chances of promotion to a higher grade. This act was definitely intentional. A regular GS-14 is quiet different than a GS-14 that is an active member of the CFO Management Team.

**4.    Position Description (PD)**

It was a reprisal action that my PD was delayed months after the counseling session and when it was issued, it was incorrect. The former Chairman told me last fall that the HR Director had provided a report showing most employees had their PDs. This probably was as a result of NTSB hiring a consultant in HR for approximately one year whose function was to prepare Position Descriptions for the agency.

It is severely damaging if one works without a PD. If my PD had been done correctly and in a timely fashion, then duties such as Travel Manager would probably not have been taken away.

The Deputy CFO previously told me that the first step to a GS-15 was a Position Description and Standards and that I would have a chance to review both. During the last week in January, 2002 I inquired about my PD after it was mentioned in a staff meeting that the CFO PDs were sent to HR in December 2001; I was told that my PD was actually

sent to HR in December and again that I was have a chance to review the PD. My first
Position Description arrived on April 22, 2002 and I was given until April 25, 2002 to
review. This is three days.

The PD is inaccurate both in comparison to the Position Advertisement and to the duties
that I have done. For example: The second Selecting Factor on the Advertisement says
"Experience that demonstrates a knowledge of the operating principles, concepts, policies
and interrelationship of an agency/organization financial management program." If an
agency in installing a totally new financial system, how can the agency exclude this
position from planning/operation of this system? There are many other such examples.

I believe that I have successfully completed many functions at NTSB but if you read both
the Position Description and the Performance Standards they seemed to have been "lost".
Among some of the functions that I believe have been successful and highly beneficial to
the NTSB, but apparently "forgotten" and left out of the PD are:

Establishment of the agency-wide Purchase Card Program
Review and greatly enhanced improvement of the Travel Card Program
Took the agency from no oversight on the Travel Card Program (even deceased former
employees on list) to a well-run program;
Brought Purchase Card Training to the agency;
Developed Purchase Card training
Served on Government-Wide GSA Working Group that developed Government-wide
Purchase Card Training.
Wrote the Purchase Card Order
Wrote the Travel Card Orders (changed to Standard Announcements)
Established involvement of the HR office in the credit card program
Coordinated changes with the Union
Active member of the CFO Management Team under two CFOs
Brought "Cross-Servicing" to NTSB—Cross Servicing includes having other agencies
performing a function;
Post-audit of travel vouchers
Lead on bringing Travel Manager to the agency;
When there seemed to be a problem with Veterans Administration administrating Travel
Manager, I brought in the actual owners/developers (Gelco) of Travel Manager;
At these meeting with Gelco, we made most of the decisions needed for Travel Manager;
Developed list of approving officials for Travel Manager by meeting and coordinating
with offices;
Developed Log Sheet
Although I developed this log sheet, the CFO-30 division attempted to claim it as one
they developed; this log sheet now is a major portion of the FFS approval process; but
was I asked for input--NO
Developed the agency's response to one of the first Management Initiatives (FAIR Act);
this response was beneficial to the agency as OMB's Ken Swartz inquired of the MD
why it was a year late and why NTSB was the only agency not to submit;

Served on Government-wide task forces—and most of the time NTSB was the only independent agency represented;

Put in large amount of effort to work with CFO-30 to bring CitiBank electronic statement reporting to NTSB;

When no one else in CFO could, I developed a system to electronically pull the CitiBank statements. This was especially usefully when mail was non-existent after 9/11; although was supposedly part of the CFO-30 function and part of the new FFS. I have been doing this CFO-30 function on electronic reporting now for over a year and a half;

·Worked with Senate Commerce Committee to add many functions of the CFO Act (and other NTSB requested items) to the NTSB Authorization;

Academy Team member and worked nights and weekends to restart this project;

Oversaw the closing up the TWA-800 Calverton site

Developed one of the best Web sites and probably was the first comprehensive Web sites;


5.    **Performance Standard:**

See Position Description for functions that I believe were completed in outstanding effort but seem to have been lost.

NTSB has retaliated against me by delaying and incorrectly reporting my Performance Standards in May 2002. It is damaging to a person's career to not know his PD or Standards that he is to be rated on until the 11th month of the twelve month assessment period.

My first Performance Standard arrived in late May 2002. This is less than one month before the rating period for the 02 Performance Appraisal ends (June 1, 2001 to May 31, 2002); how does a supervisor rate an employee with such late Performance Standards?

The Performance Standards arrive for two different Appraisal period combined-- both 02 (June 1, 2001-May 31, 2002) and 03 (June 1, 2002-May 31, 2003); Confusing to say the least;

Inaccurate when compared both to the job advertisement and what I have done for the agency;

Requested at least discussion on the 02 rating prior to agreeing to the following year's Standards; Refused;

The 03 Performance Standards created a new function—Post Audit of Travel Manager Vouchers; when I questioned the Deputy CFO, he wanted to know if the CFO had not already discussed this addition with me. No he had not.

Quantitative such as CFO agrees to 100% of recommendations; given # of days to complete functions; Are other CFO Standards as quantitative?

6.    **02 Performance Appraisal (June 1, 2001- May 31, 2002):**

NTSB has retaliated by giving less than Outstanding on my Performance Standards. The inaccurate and lower rating damages my career.

The rating was inaccurate, should have been "Outstanding". The Appraisal leaves submitted items out, moves submitted items to categories so one category, Financial Management, can be rated lower and finally controlled by the weighted factors to facilitate an overall rating of Excellent instead of Outstanding. The weights were changed in April 2002 for 03 and at these new weights, I would have received an overall outstanding;

When one has to discuss/argue for half an hour even if the employee was even on Management Team for any time of the rating period and when an employee receives only the last page back and Deputy CFO says this is all I need since it won't change the overall, there is a problem. This result is very similar to the discussions and no overall result last year.

The effects of the items listed in this document would have reduced my rating and bonus (I am a step 10 so can't affect a with-in grade/qsi). A comparison of what others received including a within grade to what I received after these reprisal efforts should show an additional reprisal. Am I comparable to what others received (including bonus/qsi/within grade) both at the Excellent and Outstanding Rating?

7.    **Duties/Functions:**

I allege that higher-level duties that I should have been considered for have been used (at least on paper) to raise someone else to a GS-15 and then once the person received the GS-15, the functions have been "moved" to a younger employee and an employee in a different division. For example, reference is made to Performance Plan for Division Chiefs in the December 15th 2001 memo to all CFO employees. This document reference five items of such: 1) Coordinate and manage PWC and GAO audit relationships; 2) Develop policies and procedures to implement FMFIA and other oversight requirements; 3) Monitor and report on accomplishments of corrective action associated with PWC and GAO audits; 4) Establish liaison with DOT IG; and 5) Transition purchase card program and procurement training to MD-11.   It seems that on items 1-4, these functions have been moved to a younger employee and in a different division. Procurement training has moved out of CFO and I have to assume the Purchase Card program will remain in CFO.

There had been discussion of some of these items as a function of my position in either the CFO off-site planning session or subsequently.

One would need to review the notes from the CFO off-site meeting and subsequent conversations, the Plan for Division Chiefs, justification papers for the creation of the

new Division (CFO-30), the accretion justification for its Chief, and determine where these functions are now and when these functions moved.

These actions were part of continuous retaliatory actions and damaged my career.

**8. Duties/Functions:** I allege that these same functions in item 7 were part of a justification to create a new Division (CFO-30). Then once this Division was created, these duties/functions described in the Performance Plan for Division Chiefs in the December 15th 2001 memo, notes/discussion from the CFO Planning Off-Site, and subsequent discussion show that these functions seemed to have moved from this division.

The same review as describe in item 7 with the addition of an organizational chart prior to the Division Chief receiving as GS-15, when received GS-15, at the time the Division was created, and now should show these reprisal actions.

These actions were part of continuous retaliatory actions and damaged my career.

**9. Duties/Functions:** I allege that instead of being considered for these or other higher-level functions, I have been assigned lower-level function. When I received my first Performance Standard, it included the new assignment of Audit of Travel Manager Vouchers. This function was previously done by a GS-12 or GS-13. Travel Manager was the project I brought to NTSB, was the lead, and then with one vote was given to a new younger employee. Burgman's decision to dictate to me the MAC codes function discussed below is another example. This assignment is a lower-level category than the items discussed in the CFO off-site and subsequent discussions.

These actions were part of continuous retaliatory actions and damaged my career.

10.   **Academy:**

The Academy recently created a new permanent position for a GS-14 and moved an employee with an EEO complaint into this permanent position. It seems that the employee met with the MD requesting a temporary move and was moved to the Academy in a temporary position on the same day. She had no experience with the Academy and had just received her GS-14 for coming to NTSB just a few months prior.

Previously, I was on the NTSB Academy Development Team, had several discussions with management that I would be a permanent part of this office. Additionally, I had applied for two permanent positions with the Academy.

It seems that although someone decided that I didn't fit in any position at the Academy, now to settle an EEO complaint, we can create a temporary assignment, then change this to a new permanent position and move someone (without advertising) into that position.

I allege that it was retaliatory and disparate treatment for another employee to file an EEO case, see the MD and be transferred to the Academy on the same day, and then a new permanent job created within the Academy—where I had applied for two positions.

11. **Non-Supervisory GS-15:** It has come to my attention, that you can be a GS-15 even in the CFO office without being a Supervisor (of employees). I have been continuously told that you can't be a GS-15 without being a Supervisor—in the agency and particularly in the CFO Office. It seems that this is not the case in CFO. I allege that Dave Burgman was promoted to a GS-15 prior to having any employees.

I also believe that there is a strong possibility that at least "on paper" my functions and/or possibly my position were included in order for his promotion or for the creation of a new division.

To determine this, the counselor would need to review Burgman's accretion letter, organizational chart at the time of the promotion and other pertinent information that is required to create a new Division and for promotion to Division Chief, and the papers on hiring his first employee.

12. **Continuous Acts Harassment Due to Retaliation**

There has been a continuous effort of harassment since the counseling session. This harassment has included both the denial and access to important information and has seriously damaged my career. Some specific examples are:

A. Federal Financial System (FFS): Although I brought cross-servicing (of which this is a financial service provided by Department of Interior), I was suppose to be a part of the Management Team, and Credits Cards are a major spending items within the new FFS, it seems that I have been excluded from the planning and implementation of FFS. On the few times when I was included, the decisions had already been made. An example here, was daily pay versus monthly pay of CitiBank credit card charges.

Among other exclusion in this category are: I didn't seem to be included in the training here, training at DOI, discussions with DOI. And I didn't receive copies of notebooks called Flashpoint or the User Guide. I was recently told that there was no need for me to attend a training session on March 14th.

A review of the employees who received the FFS training here and outside and employees who received copies of the several notebooks called Flashpoint and User Guide should show efforts of reprisals. How is one suppose to be a Financial Management Specialist when you are excluded from all decisions?

These are also actions of harassment.

B. Monetary Awards for FFS Implementation: Each employee in the CFO received a cash bonus for being part of the FFS Implementation Team. The $750 that I received should be comparable to the duties that I did and any that were excluded and be equal to or higher than Phyllis Gilbert, Sylvia Livingston, Pat Murray, or Ed Benthall,

C. Master Accounting Codes (MAC): I have been harassed by one of the supervisor other than my own by the "dumping" of the MAC Codes on me and by the way it was accomplished. This harassment is retaliation and is used to attempt to place mistakes on me which I didn't do. Dave Burgman has dumped the update and supposedly the full responsibility of the MAC Codes on me. Originally, this was a function that Burgman didn't consult with me, said he was going to do it all, had all the discussions with CitiBank, kept changing the way the codes were done, then dictated that these codes were my function, and then told the CFO he wasn't going to have anything to do with it; and thus, the update of the codes plus seemingly the total review of the MAC codes in the CitiBank system were dumped into my function.

At a meeting that I arranged with CitiBank in January, Dave Burgman decided that CitiBank would not be "quick" or capable enough to enter the NTSB MAC into the CitiBank's system. He told CitiBank that he would take care of the codes on their system, CitiDirect. Burgman requested and I provided full access and support for Burgman to handle these codes.

Burgman placed the Purchase Card Codes into the CitiBank system. Much later without my knowledge, he sent the centrally-billed codes to CitiBank for them to input. Months later, Burgman told me to give him a copy of the CitiBank applications when I sent the application to CitiBank, I followed his orders.

But on July 9th, supposedly Burgman again changed his mind. As directed, I took him a copy of the application to him as I faxed it to CitiBank. Burgman then aggressively questioned whether I had sent the application to CitiBank. With raise voice, Burgman said I better not have sent the application. He said now the MAC Codes should be on the application. I was just puzzle. I told him that no one had told me of this change. I then left and returned to my office.

Within minutes Burgman appeared in my office and aggressively attempted to interrupt a phone conversation. Aggressively, Burgman asked why I did not answer his phone call. The phone had rung while I was on the phone but Burgman expected me, as always, to drop everything, I suppose, get off the phone and answer his call. Then, in one of his aggressive huffs, he said the MAC Codes were my job, that I was going to do the MAC codes, that I was going to do the MAC Codes before the application went to CitiBank; and why didn't I do what my boss told me. I told him that so far as I knew Steve Goldberg was my boss, not him, and Steve Goldberg had not told me the MAC codes were my responsibility. Burgman continued to act aggressively and left muttering things under his breath. I reported this action immediately to the CFO.

There have been other discussions where Burgman seems to place the wrongdoing for mistakes on me. As far as I am concern, he made the decision to handle the MCC Codes, this was his job, he has made efforts to put the wrong code mistakes on me.

I also was not included in any of the development of the MAC Codes. All I heard was that Burgman and the Deputy were going to derive these codes from the CitiBank Merchant Codes (MCC Codes). The CFO and I developed the MCC Codes from IRS versions and I am not aware of any involvement (especially at the time) of the Deputy or CFO-30.

This is harassment. I reported these actions to the CFO and said that he thought the MAC Codes were working the way we were doing them and he saw no reason to change. In the next few days, the CFO came into my office and told me that Burgman was "out of" this.

When the fiscal year ended, I also had to do the MAC Code changes without any input into the decision or information. Basically, the CFO and I worked backwards to change the codes for FY 03.

I have been waiting since June 27th for Burgman to correct CFO 30-01 (to which he refers all questions) and place the CitiBank Codes in his Standard Announcement. I have mentioned this twice to management. I also have not received the sheet/information that tells you what codes mean. It seems that Burgman is given the authority to make all the decisions including "dumping" the work on me.

Why does Burgman decide to do the MAC codes, then change how they are done several times, and be able to dumped them on me?

D. CitiBank DOI Statements from FFS:

Recently, the CFO requested that I come to his office with the Accounting Chief. The CFO had found a report on the FFS system that pulled the CitiBank statement charges by month. I have been pulling the CitiBank statement charges from CitiBank monthly and have been told three times that FFS would handle these statements but the time waiting for these statements became a over a year. This has gone on since September 2001. I was last told this would change in September 2002. In a year-end meeting, there was discussion of what was included in the first year contract (especially on reports) on FFS and what was in the second year contract. Supposedly, it sounded like the first year support was included in the contract cost but that in the second year (FY03), we would have to pay additional.

It was my understanding these reports should have been in FY 02 and was concerned if they were not in the contract price. Thus, in September 2002 I sent an email asking about these statements/reports from FFS and in which FY contract they were in. I received no response.

At the meeting within the last few weeks, I inquired when this report became available, if it was a boilerplate report by DOI, or if we had any input into the development of this report. And, if we had any input in the development of the report what criteria was used. There seemed to be very little known about this report and it was not known how long it had been available. I was asked to review the report and was happy to review the report. The report should have included all the CitiBank charges from September 15th to October 15th 2002. A review of the this report for October 15th showed that with the exceptions of a few charges on September 26, at least all the September charges were missing. Burgman's response to the email seemed to say the problem was with CitiBank and in the end he seems to be totally out of this one also. I had thought this was a CFO-30 function but will attempt to compare the reports (as Burgman suggests) to the September 15th reports. I do know that I don't plan to spend the excessive time, talked down to, or listen to the great things about a similar report that didn't work--as happened last year.

I allege that this report is similar to the one, if not the same, that I happen to see in the January meeting with CitiBank until it was pulled from my hand by Burgman with the comment we are not going to look at this now. If this is the case, now nine months later, we find the report with several mistakes. I am happy to do the requested review, but wouldn't it have been better for me to review this report in January 2002 (or since) or to at least know what we received in the report to what we requested and who requested it?

On March, 14th the Deputy inquired as to the status of the FSS reports being correct. I told him that I had had to "manually" compare two months and they weren't in balance and that I recommended to the CFO that 20-years ago the Congressional Budget Office could have done this comparison on the computer and suggest that CFO-30 look into this comparison. This is another case of harassment.

E. Confrontations: As we discussed last Wednesday, there have been two specific instances of physical harassment—March and July 2002. A third was possibly the discussion with the Deputy when he denied/argued that I wasn't on the CFO Management Team for any part of the appraisal period (Discussed in items 2 and 5. The other two incidents are discussed under MAC Codes and the FFS Implementation.

It makes me ill to think that such harassment could occur at NTSB and do not like either thinking or discussing these incidents. Rather than repeating the information please refer to these sections for further details. Both incidents involved aggressive and hostile behavior toward me from a Division Chief; were critical of me personally and how I was doing my job, in the first instance asked why I never "volunteered" and then with a raised voice and a high attitude said, "No, you never volunteer"; a Division Chief (not mine) dictating to me what my job is, what I "am" going to do, and even questioned me as "Why I don't do what my boss says?" The July incident left me feeling that this Division Chief was my boss.

I do not need someone who is not my supervisor raising his voice, acting aggressively, and telling me what my job is and that I don't do it. This person has two employees and he can dictate, if he feels necessary to dictate, to his employees—not me. I discussed

both incidents with CFO. I also understand other employees have had this person dictating aggressively to them. This aggressive and hostile behavior needs to stop.

F.   Financial Integrity Meeting:  There was an agency-wide meeting on Financial Integrity in September for Office Directors. I didn't know anything about it until it was mentioned in an end of year meeting that Burgman was at the Financial Integrity Meeting. I understand, that several other CFO employees attended. When inquired, I was told it was a "higher subject" that the credit cards. With all the spending in credit cards and the controls and integrity we have attempted to place in the credit card programs, I don't understand why credit cards are high enough and why I wasn't included in the meeting.

G.   Financial Reports:  Although the CFO Activity Report status that a suite on Financial Reports along with a Financial User Guide was distributed to Office Directors on August 22, 2002, I don't seem to have any information on this suite of Financial Reports. I assume Credit Card Reports is/could/would be a part of these Financial Reports but know have not received this information or the reports.

H.   CFO/Deputy:   There also seems to be some indicators of attempting to move my position from the CFO to the Deputy CFO.

      a.   Leave: were other employees previously turning in their leave request to CFO (including supervisors and the CFO secretary) informed of this request for change at the same time as I was or was I singled out? Are all of these requesting leave now from the Deputy CFO?

      b.   Making decisions and the EEO counselor informs me that the first one signing your Performance Appraisal/PD/Standard is your immediate Supervisor;

      c.   The Deputy was the one who discussed the ratings with me.

      d.   The Deputy told me that the CFO didn't want to sign the letter to OMB on the detail but wanted the Deputy to sign. I drafted the letter with a signature from my supervisor as directed by OMB information;

Most of my work is with the CFO and very little is with the Deputy CFO. I have a full understanding and experience with a deputy doing some administrative functions, but these seem to be giving the impression of certainly going beyond that case.

This section has recently changed since the CFO told me that the Deputy was my Supervisor. However, he did not respond to my email of when this happened. Shouldn't one be told when one's supervisor changes?

I.   CitiBank versus Bank of America:  It seems Burgman can find everything wrong with CitiBank but thinks Bank of America is glowing with respects to the credit cards. This doesn't seem to be the case government-wide.

**J. FMFIA:**

The Deputy sent a request for information from the CFO a month after it was sent to others. A month's delay in asking about a program as important as the credit card programs doesn't make one believe their comments are important. It really makes one think they are an "afterthought".

    **K. Other:**

    There have been more recent acts of retaliation including taking three months to consider an Alternative Work Day, being the only employee not notified (and given choice of working at home) of the impending move; continue to deny a laptop while other employees have moved up on the list and received laptops; leaving me out of discussions on the movement of Travel Manager to DOI; waiting until supposedly the last day (and a week after other employees were notified) for a Training Plan, and non-inclusion in the Administrative Officer's meetings.

Chester your email requested remedies. End all forms of these reprisals/retaliation and take appropriate actions, including work at home day ($) equal to other CFO employees and equal management/leadership training as other NTSB employees. Make employee whole from the effects of the reprisals/retaliation of filing an EEO complaint.

EEOFaraReprisal10