703-425-1197   Jewill
703-568-5852 cell

## Guest Fara

| | | |
|---|---|---|
| **From:** | Miller Richard | **EXHIBIT C2** |
| **Sent:** | Tuesday, May 06, 2003 11:16 AM | |
| **To:** | Guest Fara | |
| **Subject:** | Smith | |

Fara,
I would like to officially add another item in the continuous retaliation. The MD had previously told me that he didn't have any GS-15's in his area but that I would be considered when he did. It is my understanding that recently a GS-15 position has been "created" in the MD's office for Deb Smith. Previously, two attempts were made for the former Chairman's Special/Personal Assistant--one as Knowledge Expert and the permanent position she was "selected" for in Public Affairs. Both were questionable as these positions were set up to create a permanent position for a political appointee. Now, it seems they have a need in the MD's office for a GS-15 but only for Ms. Smith. I have not seen any announcement of this position but understand that Ms. Smith has been in the position for at least a month. This act is continuous retaliation against me. Richard