# National Transportation Safety Board
## Washington, D.C. 20594

Equal Employment Opportunity Office　　　　　　　　　　　May 27, 2003

SUBJECT: Acceptance of Formal Complaint of Discrimination

---

Mr. Richard Miller
1515 Arlington Ridge Road, Apt 304
Arlington, VA 22202

Dear Mr. Miller:

This refers to your formal discrimination complaint that was originally received in the EEO office on December 17, 2002. The information in your counseling report established that you initially contacted the NTSB EEO office on October 28, 2002. After a detailed discussion with me, your formal complaint was subsequently revised by you and re-submitted to this office on March 30, 2003. In your revised formal complaint you alleged that you have been subjected to a continuous pattern of reprisal for your participation in previous EEO activity in January 2002. In addition, on April 17, 2003 and on May 6, 2003 you submitted written requests to amend your complaint to include like or related claims of retaliation.

Based on my review of your formal complaint as amended, I have accepted your claim of a continuous pattern of reprisal as evidenced by:

　a. Your claim that you have been continuously denied training opportunities in the SES candidate development program. Your claim that you were also denied access to other required administrative training opportunities (i.e. Travel Manager and the Financial Management System.

　b. Your claim that you were removed from the CFO Management Team in August 2002.

　c. Your claim that on May 30, 2002, you received a rating of "Excellent" instead of an "Outstanding" rating.

　d. Your claim that you received an inaccurate position description that does not accurately describe the duties that you have performed for the past two years. Your claim that your correct supervisor of record is not accurately reflected in official personnel documents (i.e. performance standards/position description). You also believe that as an act of reprisal you were reassigned to work for the Deputy Director in lieu of the Chief Financial Officer.

- 2 -

e. Your claim that some of your performance standards have unfair time constraints, as compared to other CFO employees. Your belief that some of the weighted elements were changed for the rating period that ends on May 31, 2003, in order to make it more difficult for you to get an outstanding appraisal. In addition, you claimed that some of the new lower level assignments were given to you as an act of reprisal.

f. Your claim that you have not been promoted to the GS-15 level as an act of reprisal. You claimed that some of your functions were reassigned to another employee (Dave Bergman) on paper only as an act of reprisal. You also believe that this was done in order to support the upgrade of Bergman's job to the GS-15 level. On May 6, 2003 you amended your reprisal claim to include an additional allegation that the Managing Director recently created a GS-15 position to reassign a woman with political connections.

g. Your claim that everyone in the CFO's Office received a plaque and a higher cash award then you did for switching from an old to a new accounting system as an act of reprisal against you.

h. Your claim that you were denied the opportunity to participate in the planning for the new accounting system because of reprisal. Your claim that you were denied access to reports, guidance on office moves, access to laptops, participation in technical/administrative office meetings, electronic balancing (i.e. between Citibank and FMS) etc...

i. Your claim that the agency created a new position in the Training Academy to reassign an employee to a GS-14 level position (allegedly to resolve an EEO complaint) in order to commit an act of reprisal against you.

j. Your claim that on at least two separate occasions a Manager (that does not supervise you) in the CFO's Office (Dave Bergman) verbally/physically harassed you.

If you believe the claim(s) I have accepted in this complaint have not been correctly identified, please notify me in writing within 5 calendar days after you receive this letter. Specify why you believe the claims have not been correctly identified. If you fail to contact me within this time period, I will conclude you agree that the claims have been properly identified above.

The accepted issues of your complaint will be assigned to an investigator for formal investigation. Once assigned, you will be informed of the investigator's identity and when the investigation is expected to begin.

Sincerely,

*Fara Denise Guest*

Equal Employment Opportunity Director