IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD L. MILLER** | \| |
| **Plaintiff** | \| |
| v. | \| Civil Action No. 1:05-cv–2478 (GK) |
| **MARK V. ROSENKER** | \| |
| **Defendant** | \| |

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of the undersigned on behalf of Plaintiff Richard L. Miller in the above captioned matter.  He is now represented by Michael Snyder, Esq.

Respectfully submitted,

_____
Thomas J. Gagliardo
D.C. Bar No. 192575
Attorney for Plaintiff
8401 Colesville Road, Suite 315
Silver Spring, Maryland 20910-6923
301 589 1900   FAX 301 589 1985

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent by electronic means to:

MICHAEL SNINDER, Esq.
Law Offices of Snider & Associates, LLC
104 Church Lane, Suite 201
Baltimore, Maryland 21208
1-800-DISCRIMINATION Fax at: 410-653-9061
info@sniderlaw.com

JANE M. LYONS, ASA
Attorney for Defendant
Office of the U.S. Attorney
555 4th Street, N.W., Room E-4822
Washington, D.C. 20530
jane.lyons@usdoj.gov

on this 26nd day of JULY 2006.

Thomas J. Gagliardo