UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD MILLER,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**MARK V. ROSENKER, Acting Chairman** )<br>**NATIONAL TRANSPORTATION** )<br>**SAFETY BOARD** )<br>)<br>**Defendant.** )<br>_____ ) | Civil Action No. 05-2478 (GK)<br>Electronic Case Filing |

## DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME

The defendant, Mark V. Rosenker, Acting Chairman of the National Transportation Safety Board, by and through his undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the amended complaint filed by plaintiff on July 21, 2006. Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, defendant's response is currently due on August 7, 2006. Specifically, the defendant requests that the deadline for responding to the amended complaint be extended from August 7, 2006 until August 23, 2006. This is the defendant's first request for an extension of time to respond to the amended complaint. Plaintiff, who is now represented by new counsel who filed the amended complaint, consents to the relief being sought in this motion.

This case involves allegations of employment discrimination. Defendant filed a motion to dismiss or for summary judgment on the claims in the initial complaint, filed by plaintiff *pro se*, on May 17, 2006. Since then, plaintiff has obtained and changed counsel and ultimately responded to defendant's motion by filing an amended complaint on July 21, 2006. See Docket

Entry No. 15. Because defendant had not filed an answer, plaintiff's amended complaint is proper and replaces the initial complaint for all purposes. However, the amended complaint is lengthy, and the procedural and administrative history of plaintiff's multiple EEO complaints at the National Transportation Safety Board ("NTSB") is complicated. Plaintiff also has filed a second civil action, No. 06-1071 (GK), involving other employment discrimination claims against the same defendant. Undersigned counsel needs some additional time to analyze the amended complaints in both actions and to coordinate with the agency to obtain information needed to respond. Undersigned counsel has been unable to complete the necessary analysis and preparation of either an answer or another dispostivie motion prior to the current deadline due to deadlines and events in other cases on her active docket, including, among other things filing a brief for appellees in the D.C. Circuit on July 31, 2006, and pre-trial motions in limine in another employment discrimination case pending in this Court which is currently set for trial on September 12, 2006. Consequently, some additional time is needed to prepare a response to the amended complaint in this case.

      This motion is filed in good faith and granting it will not unfairly prejudice any of the parties or unduly delay the Court's resolution of this matter. Indeed, allowing the defendant sufficient time to respond to the amended complaint carefully helps to ensure that the issues are properly joined.

      WHEREFORE, based on the foregoing, the defendant respectfully requests that the time for answering or otherwise responding to the amended complaint be extended to and including August 23, 2006. A proposed order is attached.

Dated: August 7, 2006.

                                    Respectfully submitted,

                                    _____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

                                    _____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
555 4th Street, N.W - Room E4822.
Washington, D.C.  20530
(202) 514-7161
(202) 514-8780 (facsimile)

- 3 -