UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD MILLER,**           )<br>                                              )<br>        **Plaintiff,**             )<br>                                              )<br>        v.                                 )<br>                                              )<br>**MARK V. ROSENKER, Acting Chairman** )<br>  **NATIONAL TRANSPORTATION**     )<br>  **SAFETY BOARD**                 )<br>                                              )<br>        **Defendant.**             )<br>_____ ) | Civil  Action  No. 05-2478 (GK)<br>Electronic Case Filing |

### **ORDER**

UPON CONSIDERATION of defendant's consent motion for enlargement of time to file a response to the amended complaint in this matter and the entire record in this case, the Court finds that good cause exists for the requested enlargement.  Accordingly, it is hereby

**ORDERED** that defendant's motion is **GRANTED**, and defendant shall have through and including August 23, 2006 to file an answer or otherwise respond to the amended complaint.

_____                    _____
Date                                                         GLADYS KESSLER
                                                                    United States District Judge

**Copies to Counsel of Record Through ECF**