UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RICHARD MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-2478 (GK) |
| ) | Electronic Case Filing |
| MARK V. ROSENKER, Acting Chairman ) | |
| NATIONAL TRANSPORTATION ) | |
| SAFETY BOARD ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S SECOND STATEMENT OF MATERIAL FACTS
NOT IN GENUINE ISSUE**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, and Local Rule 7(h), Defendant respectfully submits this statement of material facts as to which he contends there is no genuine dispute.

1.  Plaintiff filed this action on December 28, 2005.  See Docket Entry No. 1.

2.  Plaintiff alleges in the Amended Complaint that he exhausted his administrative remedies through the process instituted by his filing of a formal administrative complaint on December 17, 2002.  See Amended Complaint, ¶¶ 3-5 & Exh. 1.  That complaint raised multiple claims of retaliation.  See Exhibit 1 to Amended Complaint.

3.  Plaintiff's formal administrative complaint was assigned Agency No. 300-AO-2020.  See Declaration of Fara D. Guest Dec. ¶ 8.  After plaintiff amended the complaint on March 30, April 17, and May 6, 2003, the NTSB accepted ten claims of retaliation.  Id. ¶ 9.

4.  On December 20, 2004, an EEOC Administrative Judge dismissed nine of those ten claims and, on February 8, 2005, an EEOC Administrative Judge granted the Agency's motion for summary judgment on the tenth. Id. ¶¶ 10-11.

5.  On March 16, 2005, the NTSB issued a Final Agency Decision in Agency No. 300-AO-2020. See Exhibit 2.

6.  Plaintiff filed a Notice of Appeal which was postmarked on April 23, 2005, and the EEOC's Office of Federal Operations ("OFO") dismissed the appeal as untimely on October 12, 2005. Guest Dec. ¶ 11 & Exh. B.

Dated: August 23, 2006.

    Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161