UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Richard Miller, ] | |
| ] | |
| Plaintiff, ] | **Case No.** 1:05-cv-02478-GK |
| ] | |
| vs. ] | |
| ] | |
| MARK V. ROSENKER, Chairman ] | |
| NATIONAL TRANSPORTATION ] | |
| SAFETY BOARD, ] | |
| ] | |
| Defendant. ] | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S SECOND MOTION TO DISMISS OR FOR SUMMARY JUDGMENT**

Plaintiff respectfully moves that he be allowed an additional amount of time not to exceed fourteen (14) days to file his Response to Defendant's Second Motion to Dismiss or for Summary Judgment.

Defendant's counsel was contacted regarding this Motion and indicated that they do not oppose it.

Respectfully Submitted,

____/s/_____ 9/5/06
Michael J. Snider, Esq.
Snider & Associates, LLC
104 Church Lane, Suite 100
Baltimore, MD 21208
410-653-9060 voice
410-653-9061 fax
mike@sniderlaw.com