**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Richard Miller, | ] |
| Plaintiff, | ] **Case No.** 1:05-cv-02478-GK |
| vs. | ] |
| MARK V. ROSENKER, Chairman NATIONAL TRANSPORTATION SAFETY BOARD, | ] |
| Defendant. | ] |

**ORDER**

Upon receipt and consideration of Plaintiff's unopposed Motion, it is hereby ORDERED that:

1. Plaintiff's Motion is GRANTED;

2. Plaintiff's Response to Defendant's Motion to Dismiss or for Summary Judgment is due on or before September 19, 2006.

Date: _____          _____
                                                                              US District Court Judge Kessler