## Affidavit of Richard Miller

I, Richard Miller, hereby swear and/or affirm under the penalties of perjury as follows:

1. I am of sound mind and am at least 21 years of age.

2. I have approximately 22 years of Federal Service.

3. Prior to being removed from Federal Service I was employed with the National Transportation Safety Board as a Financial Management Specialist, GS-501-14.

4. I received the Final Agency Decision in EEO Agency Case No. 300-AO-2020 on April 23, 2005.

5. I believed that my appeal needed to be sent via Certified Mail.

6. The appeal was ready on May 22, 2005, which would have been day 30, however, it was not ready until after my local post office has already closed.

7. I therefore waited until the next day which I mistakenly calculated to be day 30 (based on the 23rd until the 23rd) to send the appeal via Certified Mail.

I, Richard Miller, hereby swear and/or affirm under the penalties of perjury that I have read the foregoing and that it is true and correct to the best of my knowledge and belief.

____9/12/06____                    _____
Date                                Richard Miller