UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD MILLER,

    Plaintiff,

v.

MARK V. ROSENKER, Chairman
NATIONAL TRANSPORTATION
SAFETY BOARD

    Defendant.

Case No. 05-2478 (GK)

Electronic Case Filing

## ORDER

**UPON CONSIDERATION** of the Plaintiff's Opposition to Defendant's Second Motion to Dismiss or for Summary Judgment;  It is hereby **ORDERED**:

That Defendant's Second Motion to Dismiss is **DENIED**.

_____
US District Court Judge Kessler