UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD L. MILLER,<br>    Plaintiff,<br><br>v.<br><br>MARK V. ROSENKER,<br>CHAIRMAN, NATIONAL<br>TRANSPORTATION SAFETY BOARD,<br>    Defendant. | CASE NUMBER<br>05-2478 (GK) |

### DECLARATION OF KOWANNA PARRAN

I, Kowanna Parran, am above the age of eighteen (18) years and declare as follows:

1. I worked as an onsite contract employee at the National Transportation Safety Board (NTSB) assisting the Office of Equal Employment Opportunity and the Acquisition Division starting in June 2004. I joined the NTSB in June 2005. My position title is Student Trainee. During the period of June 2004 to June 2005, I assisted the Equal Employment Opportunity (EEO) Director, Fara Guest, with administrative tasks.

2. One of my regular duties when assisting the EEO Director was to mail documents, often via certified mail. I also would track these certified mailings to ensure they were delivered.

3. For the case at issue, I prepared the envelope, including the certified mail forms, needed to send Plaintiff his Final Agency Decision.

4. I stamped the green and white "sender's receipt" with "Shipped March 17, 2005". I took the package to the mailroom for delivery.

5. Using the United States Postal Service's web page, I entered the tracking number from the green and white "sender's receipt" to obtain the delivery information.

6. I printed the delivery information from the United States Postal Service's web page.



7. At the bottom of that page, I attached the green and white "sender's receipt," stapled that page to the NTSB's copy of the Final Agency Decision, and gave it to the EEO Director for her files.

8. The copy provided to the Court is a true and correct copy of the document I prepared.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of September, 2006, in Washington, D.C.

_____
Kowanna Parran

USPS - Track & Confirm    Page 1 of



Home

# Track & Confirm

**Current Status**

You entered 7000 1670 0006 2233 5039

Your item was delivered at 3:10 pm on March 19, 2005 in ARLINGTON, VA 22202.

**Notification Options**

▶ Track & Confirm by email    What is this?   Go>

**Track & Confirm**

Enter label number.

Go>

Track & Confirm FAQs   Go>

POSTAL INSPECTORS
Preserving the Trust

site map  contact us  government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

SHIPPED MAR 1 7 2005

Sent To: Richard Miller
Street, Apt. No.; or PO Box No.: 1515 Arlington Ridge Road
City, State, ZIP+4: Arlington VA 22202

PS Form 3800, May 2000    See Reverse for Instructions

7000 1670 0006 2233 5039

http://trkcnfrm1.smi.usps.com/netdata-cgi/db2www/cbd_243.d2w/output    5/2/200