EXHIBIT A1



# DRAFT FORMAL COMPLAINT OF DISCRIMINATION

### *PRIVACY ACT STATEMENT (6 USC 552a)*

**Authority:** Public Law 92-261

**Principle Purpose:** Format filing of allegation of discrimination because of race, color, sex, handicap, age, national origin or reprisal.

**Routine:** This form and the information on this form may be used: (a) as a da for complaint information for production of summary descriptive and analytical studies of complaints processing and resolution ef may also be used to respond to general requests for information Freedom of Information Act; (b) to respond to requests from l outside individuals or agencies (e.g., Members of Congress, tl House, and the Equal Employment Opportunity Commission regarding the status of the complaint or appeal; and (c) to a complaint or appeal.

**Disclosure:** Voluntary; however, failure to complete all appropriate portions of may lead to rejection of complaint on the basis of inadequate date to determine if complaint is acceptable.

| 1. NAME OF COMPLAINT (Last, First, Middle Initial) Miller, Richard | 4. ADDRESS (Include City, State, and ZIP Co 1515 Arlington Ridge Road, Apt 304 Arlington, Va. 22202 |
|---|---|
| 2. SSN | |
| 3b. HOME TELEPHONE NO. 703-685-3709 | 3a. WORK TELPEHONE NO. 202-314-6041 |

NTSB FORM 2000-A-NOV 00



| | | |
|---|---|---|
| 5. ARE YOU BEING REPRESENTED?<br>☐ a. Yes (Complete 5c)   X☐ b. No | | 5c. IF YES, NAME OF REPRESENTATIVE |
| 6a. NAME OF ORGANIZATION YOU BELIEVE DISCRIMINATED AGAINST YOU<br>NTSB | | 6b. ADDRESS OF ALLEGED DISCRIMINAT ORGANIZATION (Include City, State, and<br>490 L'Enfant Plaza, SW<br>Washington, DC 20594 |
| 7. NTSB OFFICE YOU BELIEVE DISCRIMINATED AGAINST YOU<br>NTSB<br>items 10,11,12) | 8. DATE ON WHICH MOST RECENT ALLEGED DISCRIMINATION OCCURRED<br>Continuous to date from January 02 | 9. ARE YOU WORKING FO THE FEDERA. GOVT ?<br>X☐ a. Yes   (Co<br>☐ b. No<br>(Skip to item 13) |
| 10. NAME OF AGENCY WHERE YOU ARE CURRENTLY EMPLOYED<br>NTSB | | 12a. TITLE OF YOUR CURRENT JOB<br>Financial Management Specialist |
| 11. ADDRESS OF YOUR CURRENT EMPLOYER (Include City, State, and ZIP Code)<br>490 L'Enfant Plaza, SW<br>Washington, DC 20594 | | 12b. GRADE<br>GS-14 |

13. Reason you believe you were discriminated against (Check Below)

| | | |
|---|---|---|
| a. RACE (State your Race) | | e. HANDICAP<br>☐ Mental   ☐ Ph |
| b. COLOR (State your Color) | | f. SEX<br>☐ Female   X M. |
| c. RELIGION (State your Religion) | | g. AGE (Specify age) 52 |
| d. NATIONAL ORIGIN (State Natl. Origin) | | h. REPRISAL X |

| 14. I HAVE DISCUSSED MY COMPLAINT WITH AN EEO COUNSELOR (See Reverse)<br>X a. Yes (Complete 14c)   ☐ b. No | 14c. IF YES, NAME OF COUNSELOR<br>Chester Fisher | 15 DATE OF FI INTERVIE<br>1/23/02 |
|---|---|---|

16. EXPLAIN SPECIFICALLY HOW YOU WERE DISCRIMINATED AGAINST (That is, treated differently from other e applicants, because of your race, color, religion, sex, national origin, age, mental or physical handicap, or reprisa

NTSB FORM 2000-A-NOV 00

complaint involves more than one basis for your dissatisfaction, list and number each such allegation separately and turn factual information in support of each.) (Use additional sheets, if necessary.)

Allegation No. 1:

ATTACHMENT A

17. LIST IN ITEM 20 THE NAMES OF YOUR WITNESSES AND WHAT FACTUAL INFORMATION EACH EXPECTED TO CONTRIBUTE THROUGH HIS/HER TESTIMONY TO THE INVESTIGATION OF YOUR COM

ATTACHED

18. WHAT SPECIFIC CORRECTIVE ACTION DO YOU WANT TAKEN ON YOUR COMPLAINT? ( If more than o is being made, state overall corrective action desired and the specific corrective action desired for each separate allegation

ATTACHED

19. HAVE THE MATTERS LISTED IN ITEM 16 BEEN APPEALED TO THE MERIT SYSTEM PROTECTION BOARD ( UNDER A NEGOTIATED GRIEVANCE PROCEDURE?
   ☐ a. Yes (Explain in item 20)   x☐ b. No

20. REMARKS
It seems to me that the codes for this complaint involve all the following: Promotion, Reassignment, Evaluation/Appraisal, Tra Assignment to Duties, Work Conditions, Harassment, Reprisal, Pay, and Awards

21. SIGNATURE OF COMPLAINANT

22. DATE THIS COMPLAINT FO WAS SIGNED BY THE COMPLAINT (Month, day, yea 12/17/02

NTSB FORM 2000-A-NOV 00

### To be Completed by the NTSB's EEO Director

I certify that: (1) The complainant has reaffirmed this complaint in my presence and has stated that the facts contained therein a to the best of his/her knowledge; (2) a determined effort at informal resolution of this complaint failed to produce a solution satisfactory to the complainant; and (3) local management in the appropriate change of command has been informed concerning the complaint and its submission in the above format.

| 23. SIGNATURE OF EEOO | 24a. TYPED NAME AND TITLE OF EEO Dir |
|---|---|
|  | 24b. ADDRESS OF EEO Office |
| 25. DATE COMPLAINT FILED WITH EEOO | 26. TELEPHONE NO. COMPLAINT |

The matter(s) giving rise to the complaint will be coded using one or more of the following codes

| CATEGORY | CODE | CATEGORY | CODE | CATEGORY | CO |
|---|---|---|---|---|---|
| Appointment | (1) | Training | (9) | Reprisal | (1 |
| Promotion | (2) | Time & Attendance | (10) | Pay, including Overtime | (1 |
| Reassignment | (3) | Retirement | (11) | Conversion to Full Time |  |
| Separation/Termination | (4) | Assignment to Duties | (12) | Career Conditional | (1 |
| Suspension | (5) | Exam/Test | (13) | Reinstatement | (2 |
| Reprimand | (6) | Work Conditions | (14) | Awards | (2 |
| Evaluation/Appraisal | (7) | Harassment | (15) | And/Or Other (Specify) | (2 |
| Duty Hours | (8) | Sexual Harassment | (16) |  |  |

27. Enter Code(s) for Matter(s) Giving Rise to the Complaint _____

### INFORMATION CONCERNING THE PROCESSING OF YOUR COMPLAINT OF DISCRIMINATION

This form will be used only if you, as an NTSB employee or as an applicant for Federal employment, think you have been treated unfairly because of your race, color, religion, sex, national origin, age, mental or physical handicap, or Reprisal. If you have any questions concerning the completion of this form, you may contact the Equal Employment Opportunity Officer (EEOO) at NTSB.

Your written, formal complaint must be filed within 15 calendar days of the date of your final interview with the EEO counselor. If the matter has not been resolved to your satisfaction you have a right to file a complaint at any time thereafter up to 15 days after the final interview. Your written formal complaint must be filed within 15 calendar days of the date of your final interview with the EEO counselor. This time limit may be extended if you can give a good reason for not submitting the complaint within the 15 calendar day limit.

You may have a representative at all stages of the processing of your complaint. You or your representative should personally file your complaint with the EEOO of your activity.

If your complaint is accepted, you will have an opportunity to talk with an impartial investigator from an independent contractor to give him or her all the facts you have which you believe will support your complaint. If your complaint is

NTSB FORM 2000-A-NOV 00

rejected, you will be advised in writing of the reason(s) and advised of the right to appeal. Upon completion of the investigation of your complaint, you will receive a copy of the investigator's report and an attempt will be made to resolve the complaint then.

If your complaint cannot be settled informally on the basis of the investigation, you may request a review of your record by the NTSB, Director of Equal Employment Opportunity, or you may request a hearing at this stage. If a hearing is requested, it will be conducted by an administrative judge designated by the EEOC. The findings, analysis, and recommendations will be forwarded to the Director of EEO for decision. You will be advised by the Director of the decision and provided a copy of the case record.

If you are not satisfied with the Director's decision, you will have the right to appeal to the Office of Review and Appeals of the EEOC, P.O. Box 19848, Washington, D.C. 20036, within 30 calendar days after receipt of the decision.

Please be specific in stating the facts concerning your complaint in items 15 through 19.

Forma lComplaint of Discrimination

NTSB FORM 2000-A-NOV 00

ATTACHMENT A

As agreed with the extension, I am formally filing a Retaliation/Reprisal Complaint. The complaint is based on a continuous pattern of reprisal and retaliation, a hostile and unhealthy work environment and harassment since I previously filed an EEO complaing in January 2002.

These actions have been given to and discussed with the EEO Counselor. I was told any action of reprisal/retatilotary action since the first counseling session could be considered reprisal. The EEO Counselor is wrong and probably is another reprisal action to deny discussion of Position Description, CFO Management Team, and seemingly the "duties" section (Items 1, 2, & 3, item D, EEO Counselor's Report). The counselor is correct that I responded to statements made—and certainly attempted to correct and explain misstatements—by NTSB management in the investigation of the previous complaint. The EEO Director told me that I wasn't counseled on these issues/statements, and thus, these statements/issues were not part of the first complaint. For example, the first complaint alleged that I didn't have a Position Description and was counseled in January 02. This complaint alleges that once I received a PD, it was seriously inaccurate. The notification of removal from the CFO Management Team did not occur until July 02. Yes I did respond to inaccuracies by NTSB Management. I didn't put the pieces together fully on the duties section until recently.

The EEOC has advised that any change in the inclusion of the first complaint should have been in writing from the EEO Director. I did not receive such notification. From my understanding, these items are not "duplicate processing"—same subject for example on the PD but different issues and a different time frame.

In the area of the Academy, I refuted the Counselor's report. I would be very surprised that the Managing Director and Director of the Academy (Beal) were unaware that the first EEO compliant was filed.

I further allege now that the EEO Counselor/Agency is conveniently attempting to and out of reprisal eliminate the above items in the complaint of continuous reprisal actions since the first EEO Counseling. These actions have also allowed the CFO office to limit or even remove me from any management/program decisions.

Since filing EEO informally based on sex and age, there has been a continuing pattern of reprisal/retaliation. This engagement in a course of retaliatory action has damaged my career.

For example, before the counseling on the first EEO Complaint, all discussions and support were on ways to return to the GS-15 grade. After the counseling on the first complaint, all actions by NTSB management has been to "limit" me at the GS-14 grade. Prior to the counseling last January, verbal and email discussions with NTSB and CFO management focused on getting back to the GS-15 level. I have become aware of several instances of "limiting" or "exclusion" rather than the supposedly previous

discussion of returning to a GS-15. There has been a continuous pattern to deny higher-level functions and assign these functions to other employees. There has also been continuous pattern to move lower level functions to me. These actions include changing of functions, removal from the CFO Management Team, exclusion from training, hostile and unhealthy work environment, and harassment. All these allegations seem to be continuing violations of reprisal/retaliation in a hostile work environment as a result of the first EEO counseling and are—among other things-- aimed to keep me at a GS-14 level and deny any upward mobility. These reprisal actions have taken this situation from bad to worse.

I have become aware of these changes since the first EEO counseling. Something odd is going on which I can't fully understand. Each incident in itself may not seem significant and probably didn't at the time. However, when one reviews the actions since the EEO counseling, one realizes this continuous pattern of reprisal/retaliation. I have listed some of the allegations separately. Since NTSB and this office are relatively small, most of these items are inter-related and show a continuous pattern of reprisal. When one reviews the period since the counseling in its entirety, many questions arise, and some relationships and answers come together. There are just to many negative actions, which affect my career, that I have become aware of as a result of the EEO filing-- for all of these actions/results to have been coincidental.

All these items are reprisals and deter any chance of advancement of my career and certainly affected my Performance Rating, bonus from Performance Rating, any the allotted share of the office-wide bonus for the new Financial Management System, and any other advancement.

1. **SES-Training:**

I have not been allowed SES Development training while other employees have recently taken this training. The DOT Board Order states NTSB has a SES Development Program. But when I and the EEO Counselor question the availability of such an SES Development Training Program, we are told, NTSB does not have such a program. However, it is my understanding that in November NTSB sent an employee to 4 weeks of SES Fellows Development Program at the JFK School of Government at Harvard. This is the second time this year for this employee to attend SES training at Harvard. The first time was in August along with three other employees. I had previously applied for both the detail and permanent position that this person holds. Sending employees to SES Development Program and telling me and the EEO Counselor there is no such program, is reprisal.

I also understand that we send employees to the Federal Executive Institute (FEI) in Charlottesville, Va.: As noted in several newspaper articles, these SES and SES-like Management Development Programs are more significant than previously with the large number of GS-15 and SES employees retiring over the next 2-4 years. In contrast, the NTSB management recommends training for me to "become" a financial or budget analyst. After some 15 years as a budget analyst and experience in finance, this is an insult. Added to this, is management's idea for me to volunteer in budget to obtain some

budget experience and to do a detail to OMB for budget experience. To send some employees to these management courses and to inform others, including myself, that NTSB does not have the programs, is disparate treatment and in my case reprisal for the EEO complaint.

Which way is NTSB going to have it? NTSB has or has not SES Development Program. Does NTSB have management development programs for GS-14/15?

**2. CFO Management Team:** I was told by the CFO on July 30 that I was permanently excused from the CFOManagement Team. I wasn't given any reason at the time. Subsequently, my email questioning the reason for being permanently excused went unanswered. I have been part of the CFO Management Team since January 2001 Another GS-14 non-supervisor (Dave Burgman) was also included on this Management Team for months prior to the creation of a separate division and his movement to a GS-15. Being a member of this Management Team was left out of the Position Description (April 22, 2002) and Standards (May, 2002). It was also removed from my Performance Appraisal for the period of June 1, 2001 to May 31, 2002 which I received in October 2002. In fact, the Deputy CFO denied that I was part of the Management Team for any period of this evaluation. I had to have a half hour discussion/argument with the Deputy CFO that I was even on the Management team for anytime during this rating period. Afterwards, the Deputy never admitted that I was on the Management Team and only said the CFO had no problem with adding it to the Performance Appraisal. But then I was only given one page and told it didn't make any difference because it wouldn't change the overall rating. If the other non-supervisor GS-14 on the Team is an example of how to move to a GS-15, being on a Management Team with the decision makers in the CFO office is a preresuite for promotion. See Performance Appraisal below.

**3.. Position Description (PD)**

My first complaint alleged that I was discriminated against because I didn't have a PD. The reprisal action since the counseling on this first complaint is that when I receive it in April, 2002, it was seriously inaccurate.

I have now determined that HR had a highly paid specialist consultant to develop Position Descriptions for approximately one year. The former Chairman also told me that the former Personnel Director had provided her a report showing the majority of NTSB employees had Position Descriptions. The four-month time period delay after the first filing, allowed NTSB management to move and limit functions, (Travel Manager Development, in particular) –and then, in April produce a PD that was inaccurate.

It was hostile treatment to be previously told by the Deputy CFO that the first step to a GS-15 was a Position Description and Standards and that I would have a chance to review. During the last week in January, 2002 I inquired about my PD after it was mentioned in the CFO Management Team meeting that the CFO PDs were sent to HR in December 2001; I was told that my PD was actually sent to HR in December and again that I was have a chance to review the PD.

However, my first Position Description arrived on April 22, 2002 and I was given until April 25, 2002 to review. This is three days;

The PD is inaccurate both in comparison to the Position Advertisement and to the duties that I have done.

For example: The second Selecting Factor on the Advertisement says "Experience that demonstrates a knowledge of the operating principles, concepts, policies and interrelationship of an agency/organization financial management program." If an agency in installing a totally new financial system, how can the agency exclude this position from planning/operation of this system? There are many other such examples.

I believe that I have successfully completed many functions at NTSB but if you read both the Position Description and the Performance Standards they seemed to have been "lost". Among some of the functions that I believe have been successful and highly beneficial to the NTSB, but apparently forgotten are:

Establishment of the agency-wide Purchase Card Program
Review and greatly enhanced improvement of the Travel Card Program
Took the agency from no oversight on the Travel Card Program (even deceased former employees on list)
Brought Purchase Card training to the agency;
Developed Purchase Card training
Wrote the Purchase Card Order
Wrote the Travel Card Orders (changed to Standard Announcements)
Established involvement of the HR office in the credit card program
Coordinated changes with the Union
Active member of the CFO Management Team under two CFOs
Brought "Cross-Servicing" to NTSB—Cross Servicing includes having other agencies performing a function;
Led on post-audit of travel vouchers
Led on bringing Travel Manager to the agency;
When there seemed to be a problem with Veterans Administration administrating Travel Manager, I brought in the actual owners/developers (Gelco) of Travel Manager;
At these meeting with Gelco, we made most of the decisions needed for Travel Manager;
Developed list of approving officials for Travel Manager by meeting and coordinating with all the individual offices;
Developed Log Sheet but CFO-30 attempted to claim credit
CFO-30 attempted to claim credit to the CFO for Web important enhancements that I did a year ago;
Although I developed this log sheet, the CFO-30 division attempted to claim it as one they developed; this log sheet now is a major portion of the FFS approval process; but was I asked for input--NO

Developed the agency's response to one of the first Management Initiatives (FAIR Act); this response was beneficial to the agency as OMB's Ken Swartz inquired of the MD why it was a year late and why NTSB was the only agency not to submit;

Served on Government-wide task forces—and most of the time we thus were the only independent agency represented;

Put in large amount of effort to work with CFO-30 to bring CitiBank electronic statement reporting to NTSB;

When no one else in CFO could, I developed a system to electronically pull the CitiBank statements. This was especially usefully when mail was non-existent after 9/11; although was supposedly part of the CFO-30 function and part of the new FFS, I have been doing this electronic reporting now for over a year;

Worked with Senate Commerce Committee to add many functions of the CFO Act (and other NTSB requested items) to the NTSB Authorization;

Academy Team member and worked nights and weekends (without pay) to restart this project;

Oversaw the closing up the TWA-800 Calverton site

Developed one of the best Web sites and probably was the first comprehensive Web sites;

**4. Performance Standard:**

See Position Description for functions that I believe were completed in outstanding effort but that seemed to have been lost.

My first Performance Standard at NTSB arrived in late May 2002.

This is less than one month before the rating period for the 02 Performance Appraisal ends (June 1, 2001 to May 31, 2002); I allege that this further delay after the first counseling a month prior to the end of the rating period is reprisal. I honestly don't know how a supervisor rates an employee for the entire year when the Standards are given at the end of the rating year.

And more confusing and retaliatory/hostile work environment is that the Performance Standards arrive for two different Appraisal period combined into "one" -- both 02 (June 1, 2001-May 31, 2002) and 03 (June 1, 2002-May 31, 2003.

At the time I received both the 02 and 03 Performance Standards, I requested but was denied at least a discussion on the 02 Performance Rating prior to signing off on the 03 Performance Standard. The Performance Standards were inaccurate when compared both to the job advertisement and what I have done for the agency. These were retaliatory actions to further delay, confuse, and gave the agency time to move functions.

The 03 Performance Standards created a new function—Post Audit of Travel Manager Vouchers; when I questioned the Deputy CFO, he wanted to know if the CFO had not already discussed this addition with me. No, I had to bring it up to him.

It was retaliatory that my new Performance Standard contained strict quantitative time periods. I allege that other CFO Performance Standards do not have such standards that the CFO aggress to 100% of recommendations and limit number of days to complete tasks.

5. **02 Performance Appraisal (June 1, 2001- May 31, 2002):**

I allege that the Performance Appraisal is also inaccurate. The Appraisal should have been "Outstanding", leaves submitted items out, moves submitted items to categories so one category, Financial Management, can be rated lower and finally controlled by the weighted factors to facilitate an overall rating of Excellent instead of Outstanding. The weights were changed in April 2002 for 03 and at these new weights, I would have received an overall outstanding;

When one has to discuss/argue for half an hour even if on Management Team for any time of the rating period and when an employee receives only the last page back and Deputy CFO says this is all I need since it won't change the overall, there is a problem. This result is very similar to the discussions and no overall result last year.

The effects of the items listed in this document would have reduced my rating and bonus (I am a step 10 so can't affect a with-in grade/qsi). A comparison of what others received including a within grade to what I received after these reprisal efforts should show an additional reprisal. Am I comparable to what others received (including bonus/qsi/within grade) both at the Excellent and Outstanding Rating plus the FMS bonuses?

6. **Duties/Functions:** I allege that higher level duties that I should have been considered for have been used (at least on paper) to raise someone else to a GS-15 and then once this happen they have been "moved" to a younger employee. For example, reference is made to Performance Plan for Division Chiefs in the December 15th 2001 memo to all CFO employees. This document reference five items of such: 1) Coordinate and manage PWC and GAO audit relationships; 2) Develop policies and procedures to implement FMFIA and other oversight requirements; 3) Monitor and report on accomplishments of corrective action associated with PWC and GAO audits; 4) Establish liaison with DOT IG; and 5) Transition purchase card program and procurement training to MD-11. It seems that on items 1-4, these functions have been moved to a younger employee and in a different division. Procurement training has moved out of CFO and I have to assume the Purchase Card program will remain in CFO.

There had been discussion of some of these items as a function of my position in either the CFO off-site planning session or subsequently.

One would need to review the notes from the CFO off-site meeting and subsequent conversations, the Plan for Division Chiefs, justification papers for the creation of the new Division (CFO-30), the accretion justification for Burgman, and determine where these functions are now and when these functions moved.

**7 Duties/Functions:** I allege that these same functions in item 6 were part of a justification to create a new Division (CFO-30) for Burgman. Then once this Division was created, these duties/functions described in the Performance Plan for Division Chiefs in the December 15th 2001 memo, notes/discussion from the CFO Planning Off-Site, and subsequent discussion show that these functions seemed to have moved from this division.

The same review as describe in item 6 with the addition of an organizational chart prior to Burgman receiving as GS-15, when received GS-15, at the time the Dirvision was created, and now should show these reprisal actions.

**8. Duties/Functions:** I allege that instead of being considered for these or other higher-level functions, I have been assigned others. When I received my frist Performance Standard, it included the new assignment of Audit of Travel Manager Vouchers. This function was previously done by a GS-12 or GS-13. Travel Manager was the project I brought to NTSB, was the lead, and then with one vote was given to a new younger employee. Burgman's decision to dictate to me the MAC codes function discussed below is another example. This assignment is a lower-level category than the items discussed in the CFO off-site and subsequent discussions.

**9. Federal Financial System (FFS):** Although I brought cross-servicing (of which this is a financial service provided by Department of Interior), I was suppose to be a part of the Management Team, and Credits Cards are a major spending items within the new FFS, it seems that I have been excluded from the planning and implementation of FFS. On the few times when I was included, the decisions had already been made. An example here, was daily pay versus monthly pay of CitiBank credit card charges.

Among other exclusion in this category are: I didn't seem to be included in the training here, training at DOI, discussions with DOI. And I didn't receive copies of notebooks called Flashpoint or the User Guide,

A review of the employees who received the FFS training here and outside and employees who received copies of the several notebooks called Flashpoint and User Guide should show efforts of reprisals.

These are also actions of harassment.

**10. Master Accounting Codes (MAC):**

Dave Burgman has dumped the update and supposedly the full responsibility of the MAC Codes on me. Originally, this was a function that Burgman didn't consult with me, said

he was going to do it all, had all the discussions with CitiBank, kept changing the way the codes were done, dictate that these codes were my function, and then told the CFO he wasn't going to have anything to do with it; and thus, the update of the codes plus seemingly the total review of the MAC codes in the CitiBank system were dumped into my function.

At a meeting that I arranged with CitiBank in January, Dave Burgman decided that CitiBank would not be "quick" or capable enough to enter the NTSB MAC into the CitiBank's system. He told CitiBank that he would take care of the codes on their system, CitiDirect. Burgman requested and I provided full access and support for Burgman to handle these codes.

Burgman placed the Purchase Card Codes into the CitiBank system. Much later without my knowledge, he sent the centrally-billed codes to CitiBank for them to input. Months later, Burgman told me to give him a copy of the CitiBank applications when I sent the application to CitiBank, I followed his orders.

But on July 9th, supposedly Burgman again changed his mind. As directed, I took him a copy of the application to him as I faxed it to CitiBank. Burgman then aggressively questioned whether I had sent the application to CitiBank. With raise voice, Burgman said I better not have sent the application. He said now the MAC Codes should be on the application. I was just puzzle. I told him that no one had told me of this change. I then left and returned to my office.

Within minutes Burgman appeared in my office and aggressively attempted to interrupt a phone conversation. Aggressively, Burgman asked why I did not answer his phone call The phone had rung while I was on the phone but Burgman expected me, as always, to drop everything, I suppose, get off the phone and answer his call. Then, in one of his aggressive huffs, he said the MAC Codes were my job, that I was going to do the MAC codes, that I was going to do the MAC Codes before the application went to CitiBank; and why didn't I do what my boss told me. I told him that so far as I knew Steve Goldberg was my boss, not him, and Steve Goldberg had not told me the MAC codes were my responsibility. Burgman continue to act aggressive and like an attack and left muttering things under his breath.

The counselor's report states that the CFO stated that Burgman said I pushed him but he didn't want to file a complaint against me. The fact of the matter is that Burgman pushed me and I didn't want to bring it up either in this complaint. But with this statement, I state that Burgman pushed me.

There have been other discussions where Burgman seems to place the wrongdoing for mistakes on me. As far as I am concern, he made the decision to handle the MCC Codes, this was his job, he has made efforts to put the wrong code mistakes on me.

I also was not included in any of the development of the MAC Codes. All I heard was that Burgman and the Deputy were going to derive these codes from the CitiBank

Merchant Codes. The CFO and I developed the MCC Codes from IRS versions and I am not aware of any involvement (especially at the time) of the Deputy or CFO-30.

This is harassment. I reported these actions to the CFO and said that he thought the MAC Codes were working the way we were doing them and he saw no reason to change. In the next few days, the CFO came into my office and told me that Burgman was "out of" this.

When the fiscal year ended, I also had to do the MAC Code changes without any input into the decision or information. Basically, the CFO and I worked backwards to change the codes for FY 03.

I have been waiting since June 27th for Burgman to correct CFO 30-01 (to which he refers all questions) and place the CitiBank Codes in this Standard Announcement. I have mentioned this twice to management. I also have not received the sheet/information that tells you what codes mean.

Why does Burgman decide to do the MAC codes, then change how they are done several times, and be able to dumped them on me?

**11. Academy:**

The Academy recently created a position for a GS-14 and moved an employee with an EEO complaint into this permanent position. It seems that the employee met with the MD requesting a temporary move and was moved to the Academy on the same day. She had no experience with the Academy and had just received her GS-14 for coming here and just a few months prior.

Previously, I was on the NTSB Academy Development Team, had several discussions with management that I would be a permanent part of this office. Additionally, I had applied for two permanent positions with the Academy (part of original EEO complaint).

It seems that that after the counseling on the first complaint, the agency decided to take retaliatory action and move a person without any experience or previous involvement with the Academy into a temporary assignment based on an EEO complaint. The agency then decided to create a new permanent position and secretly moved this employee into the permanent position.

In response to the EEO Counselor's email request of who made the decision, I stated I didn't have all the details but understand the temporary and permanent decisions were among Fara Guest, Julie Beal, and the Managing Director.

**12. Non-Supervisory GS-15:** It has recently come to my attention, that in fact you can be a GS-15 even in the CFO office without being a Supervisor (of employees). I have

been continuously told that you can't be a GS-15 without being a Supervisor—in the agency and particularly in the CFO Office. It seems that this is not the case in CFO. I allege that Dave Burgman was promoted to a GS-15 prior to having any employees.

I also believe that there is a strong possibility that at least "on paper" my functions and/or possibly my position were included in order for his promotion or for the creation of a new division.

To determine this, the counselor would need to review Burgman's accretion letter, organizational chart at the time of the promotion and other pertinent information that is required to create a new Division and for promotion to Division Chief, and the papers on hiring his first employee.

**13. CitiBank DOI Statements from FFS:**

Recently, the CFO requested that I come to his office with the Accounting Chief. The CFO had found a report on the FFS system that pulled the CitiBank statement charges by month. I have been pulling the CitiBank statement charges from CitiBank monthly and have been told three times that FFS would handle these statements but the time waiting for these statements became a over a year. This has gone on since September 2001. I was last told this would change in September 2002. In a year-end meeting, there was discussion of what was included in the first year contract (especially on reports) on FFS and what was in the second year contract. Supposedly, it sounded like the first year support was included in the contract cost but that in the second year (FY03), we would have to pay additional.

It was my understanding these reports should have been in FY 02 and was concerned if they were not in the contract price. Thus, in September 2002 I sent an email asking about these statements/reports from FFS and in which FY contract they were in. I received no response.

At the meeting within the last few weeks, I inquired when this report became available, if it was a boilerplate report by DOI, or if we had any input into the development of this report. And, if we had any input in the development of the report what criteria was used. There seemed to be very little known about this report and it was not known how long it had been available. I was asked to review the report and was happy to review the report. The report should have included all the CitiBank charges from September 15th to October 15th 2002. A review of the this report for October 15th showed that with the exceptions of a few charges on September 26, at least all the September charges were missing. Burgman's response to the email seemed to say the problem was with CitiBank and in the end he seems to be totally out of this one also. I had thought this was a CFO-30 function but will attempt to compare the reports (as Burgman suggests) to the September 15th reports. I do know that I don't plan to spend the excessive time, talked down to, or listen to the great things about a similar report that didn't work--as happened last year.

I allege that this report is similar to the one, if not the same, that I happen to see in the January meeting with CitiBank until it was pulled from my hand by Burgman with the comment we are not going to look at this now. If this is the case, now nine months later, we find the report with several mistakes. I am happy to do the requested review, but wouldn't it have been better for me to review this report in January 2002 (or since) or to at least know what we received in the report to what we requested and who requested it?

This is another case of harassment.

**14. Harassment:**

As we discussed last Wednesday, there have been two specific instances of harassment—March and July 2002. A third was possibly the discussion with the Deputy when he denied/argued that I wasn't on the CFO Management Team for any part of the appraisal period (Discussed in items 2 and 5. The other two incidents are discussed under MAC Codes and the FFS Implementation. CFO-30 and the Deputy CFO continue their pattern to harass and promote a hostile work environment.

It makes me ill to think that such harassment could occur at NTSB and do not like either thinking or discussing these incidents. Rather than repeating the information please refer to these sections for further details. Both incidents involved aggressive and hostile behavior toward me from a Division Chief; were critical of me personally and how I was doing my job, in the first instance asked why I never "volunteered" and then with a raised voice and a high attitude said, "No, you never volunteer"; a Division Chief dictating to me what my job is, what I "am" going to do, and even questioned me as "Why I don't do what my boss says?" The July incident left me feeling that this Division Chief was my boss.

I do not need someone who is not my supervisor raising his voice, acting aggressively, and telling me what my job is and that I don't do it. This person has two employees and he can dictate, if he feels necessary to dictate, to his employees—not me. I discussed both incidents with CFO. I also understand other employees have had this person dictating aggressively to them. This aggressive and hostile behavior needs to stop.

**15. Travel Manager Training:**

There were a group of agency individuals that were given the opportunity to attend a Travel Manger training in October. I believe the course was a weeklong and was to be held in Florida. Since I brought Travel Manager to NTSB, then it was taken away with one vote, but then was told could be the back-up but never included and then this summer assigned in the Performance Standard the Post Audit of Travel Manager, I just wonder why I wasn't at least told of this training.

The response in the EEO Counselor's report that this training was cancelled at the last minute due to Continuing Resolution funding, does not eliminate the harassment and retaliatory actions of scheduling and approving a multitude of employees to attend.

**16. Financial Integrity Meeting:** There was an agency-wide meeting on Financial Integrity in September for Office Directors. I didn't know anything about it until it was mentioned in an end of year meeting that Burgman was at the Financial Integrity Meeting. I understand, that several other CFO employees attended. When inquired, I was told it was a "higher subject" that the credit cards. With all the spending in credit cards and the controls and integrity we have attempted to place in the credit card programs, I don't understand why credit cards are high enough and why I wasn't included in the meeting.

**17. Financial Reports:** Although the CFO Activity Report status that a suite on Financial Reports along with a Financial User Guide was distributed to Office Directors on August 22, 2002, I don't seem to have any information on this suite of Financial Reports. I assume Credit Card Reports is/could/would be a part of these Financial Reports but know have not received this information or the reports.

**18. CFO/Deputy:** There also seems to be some indicators of attempting to move my position from the CFO to the Deputy CFO.

   a. Leave: were other employees previously turning in their leave request to CFO (including supervisors and the CFO secretary) informed of this request for change at the same time as I was or was I singled out? Are all of these requesting leave now from the Deputy CFO?
   b. Making decisions and the EEO counselor informs me that the first one signing your Performance Appraisal/PD/Standard is your immediate Supervisor;
   c. The Deputy was the one who discussed the ratings with me.
   d. The Deputy told me that the CFO didn't want to sign the letter to OMB on the detail but wanted the Deputy to sign. I drafted the letter with a signature from my supervisor as directed by OMB information;

Most of my work is with the CFO and very little is with the Deputy CFO. I have a full understanding and experience with a deputy doing some administrative functions, but these seem to be giving the impression of certainly going beyond that case.

If I have been moved from the CFO to the Deputy, I need to be informed.

**19. Monetary Awards for FFS Implementation:**

Each employee in the CFO received a cash bonus for being part of the FFS Implementation Team. The $750 that I received should be comparable to the duties that I did and any that were excluded and be equal to or higher than Phyllis Gilbert, Sylvia Livingston, Pat Murray, or Ed Benthall,

20. **CitiBank versus Bank of America:** It seems Burgman can find everything wrong with CitiBank but thinks Bank of America is glowing with respects to the credit cards. This doesn't seem to be the case government-wide.

21. **FMFIA:**

The Deputy sent a request for information from the CFO a month after it was sent to others. A month's delay in asking about a program as important as the credit card programs doesn't make one believe their comments are important. It really makes one think they are an "afterthought".

Acts of reprisal, retalation, hostile work environment have continued since the counseling.

**Requested Remedies submitted to the EEO Counselor:** End all forms of these reprisals/retatilition and take appropriate actions, including a work at home day as other CFO employees. Make employee whole from the effects of the reprisals/retatiliton of filing an EEO complaint.

EEOFormalReprisal