**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RICHARD MILLER, | * |
| Plaintiff, | * |
| | Civil Action No. 05-02478 (GK) |
| v. | * |
| MARK V. ROSENKER, Chairman, NATIONAL TRANSPORTATION SAFETY BOARD | * |
| | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF APPEARANCE**

Jacob Y. Statman, Esq. hereby notes his appearance on behalf of Plaintiff in this matter.

Respectfully Submitted,

__/s/_____
Jacob Y. Statman, Esq. (Bar No. MD16932)
Snider & Associates, LLC
104 Church Lane, Suite 100
Baltimore, Maryland 21208
410-653-9060 phone
410-653-9061 fax
jstatman@sniderlaw.com email

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing NOTICE OF APPEARANCE was filed via the Court's electronic filing system on March 16, 2007.

                          /s/
                    Jacob Y. Statman, Esq.