UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MILLER, )<br>)<br>      Plaintiff, )<br>)<br>      v. )<br>)<br>MARK V. ROSENKER, Chairman, )<br>NATIONAL TRANSPORTATION )<br>SAFETY BOARD )<br>)<br>      Defendant. )<br>_____) | Civil Action No. 05-2478 (GK) |

## NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Andrea McBarnette, Assistant United States Attorney, as counsel of record for the Defendant, in the above-captioned case.

Respectfully submitted,

/s/
_____
ANDREA McBARNETTE
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7153
(202) 514-8780 (facsimile)