UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MILLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARK V. ROSENKER, Chairman, )<br>NATIONAL TRANSPORTATION )<br>SAFETY BOARD )<br>)<br>Defendant. )<br>) | Civil Action No. 06-01071 (GK)[1]<br><br>Civil Action No. 05-2478 (GK) |

**NOTICE OF DEFENDANT'S POSITION REGARDING CONSOLIDATION**

In the above captioned two actions, the Defendant, Mark V. Rosenker, Chairman of the National Transportation Safety Board, submits this notice in regards to his position on consolidation of the two cases. In response to the Court's inquiry regarding consolidation at the initial status conference held on March 16, 2007, the Defendant states that he does not oppose consolidation of the two cases in the event that the Court does not dismiss the cases in their entirety pursuant to the two respective dispositive motions pending in each case.

---

[1] The cases have not been consolidated.

Dated: March 19, 2007          Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR #
Assistant United States Attorney.

/s/
ANDREA McBARNETTE, D.C. Bar # 483789
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

Counsel for Defendant