IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD MILLER                    :
                                  :
    Plaintiff,                    :
                                  :
v.                                :
                                  :   Civil Actions No
MARK V. ROSENKER,                 :   05-2478 (GK)
Acting Chairman,                  :
                                  :
And                               :          RECEIVED
                                  :
                                  :          APR 12 2007
NATIONAL TRANSPORTATION           :
SAFETY BOARD                      :   NANCY MAYER WHITTINGTON, CLERK
                                  :         U.S. DISTRICT COURT
                                  :
    Defendants                    :

### *Pro Se* Emergency Motion for Expansion of the Scheduling Order Based Upon Plaintiff's Need to Locate and Obtain New Counsel

In support of his *Pro Se* Motion for Expansion of the Scheduling Order Based upon Plaintiff's Need to Locate and Obtain New Counsel, Plaintiff Richard Miller states:

1. On April 12, 2007, because of differing opinions as to how Mr. Miller should be represented in this case, as well as other irreconcilable differences, Mr. Miller had no alternative but to terminate his professional relationship with the Firm of Snider and Associates.

2. Because Mr. Miller had no alternative but to terminate his professional relationship with Snider and Associates, Mr. Miller is now unrepresented in the above case.

3. Mr. Miller would be greatly prejudiced and irreparably harmed should he be required to proceed and meet the current deadlines established by this Court without legal representation in this case – especially the April 15, 2007, deadline for identifying expert witnesses.

4. Wherefore, Mr. Miller respectfully requests that this Court enter an Order extending all deadlines in this case by 120 days to give him the opportunity to seek and obtain new counsel.

Respectfully Submitted,

Richard Miller
1515 S. Arlington Ridge Rd.
Arlington, VA 22202

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT, on April 12, 2007, a true and accurate copy of the foregoing was mailed, postage prepaid, to:

Rudolph Contreras
Assistant US Attorney
555 4th Street, NW
Room E4822
Washington, DC 20530

_____
Richard Miller