UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD MILLER,                         *

    Plaintiff,                         *

                                                             Civil Action No. 05-2478 (GK)

v.                                      *

MARK V. ROSENKER, Chairman,             *
NATIONAL TRANSPORTATION
SAFETY BOARD                            *

    Defendant.                        *

      *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

### ~~PROPOSED~~ ORDER

Having reviewed the Law Offices of Snider & Associates' Motion to Withdraw as Counsel; it is this ____ day of April, 2007 hereby **ORDERED** that:

The Motion is **GRANTED.**

_____
Judge Gladys Kessler