UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RICHARD MILLER,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-2478 (GK) |
| | : | |
| **MARK V. ROSENKER,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

### ORDER

Upon consideration of *pro se* Plaintiff's unopposed Motion for Expansion of the Scheduling Order Based Upon Plaintiff's Need to Locate and Obtain New Counsel, it is this 8th day of May, 2007, hereby

**ORDERED** that the Motion is granted and all deadlines previously set by the Court are extended for 120 days from the date of this Order.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record and**

**Richard Miller
1515 S. Arlington Ridge Road
Arlington, Virginia 22202**