IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD MILLER              :
                            :
    Plaintiff,               :
                            :
v.                          :
                            :        Civil Actions No
MARK V. ROSENKER,           :          05-2478 (GK)
Acting Chairman,            :
                            :
And                         :
                            :
NATIONAL TRANSPORTATION     :
SAFETY BOARD                :
                            :
    Defendants              :

### *Pro Se* Emergency Motion for Expansion of the Scheduling Order Based Upon Plaintiff's Need to Locate and Obtain New Counsel

In support of his *Pro Se* Motion for Expansion of the Scheduling Order Based upon Plaintiff's Need to Locate and Obtain New Counsel, Plaintiff Richard Miller states:

1. Mr. Miller has contacted several attorneys and organizations concerning representation. However, due to the complexity of combining four (4) EEO cases and a recent EEOC decision, his medical condition, and cancer surgery of his mother, Mr. Miller has been unable to obtain counsel.

2. Mr. Miller would be greatly prejudiced and irreparably harmed should he be required to proceed and meet the current deadlines established by this Court without legal representation in this case.

3. Mr. Miller contacted Andrea McBarnette, Assistant United States Attorney, and Ms. McBarnette supports the extension.

4. Wherefore, Mr. Miller respectfully requests that this Court enter an Order extending all deadlines in this case by 90 days to give him the opportunity to seek and obtain new counsel.

RECEIVED
AUG 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
AUG 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully Submitted,

/s/
Richard Miller
1515 S. Arlington Ridge Rd.
Arlington, VA 22202
(202) 365-1061


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT, on August 30, 2007, a true and accurate copy of the foregoing was mailed, postage prepaid, to:

Andrea McBarnette
Assistant US Attorney
555 4th Street, NW


Andrea McBarnette
Assistant US Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7153
(202) 514-8780 (facsimile)

_____
Richard Miller