IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MILLER : | |
| Plaintiff, : | |
| v. : | Civil Actions No |
| MARK V. ROSENKER, : | 05-2478 (GK) |
| Acting Chairman, : | |
| ~~And~~ : | |
| ~~NATIONAL TRANSPORTATION SAFETY BOARD~~ : | |
| Defendants : | |

### *Pro Se* Emergency Motion for Electronic Filing Based Upon Plaintiff's Need to Have Access to Filings

In support of his *Pro Se* Motion for Electronic Filing, Mr. Miller respectively request access for the electronic filing. Mr. Miller would be greatly prejudiced and irreparably harmed should he be required to proceed and meet the current deadlines established by this Court without legal representation in this case.

Respectfully Submitted,

Richard Miller
1515 S. Arlington Ridge Rd.
Arlington, VA 22202
(202) 365-1061

RECEIVED
AUG 30 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT, on August 30, 2007, a true and accurate copy of the foregoing was mailed, postage prepaid, to:

Andrea McBarnette

RECEIVED
AUG 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Assistant US Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7153
(202) 514-8780 (facsimile)

_____
Richard Miller