IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD MILLER                          :
                                        :
      Plaintiff,                        :
                                        :
v.                                      :
                                        :   Civil Actions No
MARK V. ROSENKER,                       :       05-2478 (GK)
Chairman,                               :       and
NATIONAL TRANSPORTATION                 :       9/24/07 filing
SAFETY BOARD                            :
                                        :
      Defendant                         :
                                        :

## MOTION FOR COURT APPOINTED COUNSEL

Plaintiff has been without income since June 2006 and has withdrawn his retirement and borrowed from life insurance policies and family/friends to pay lawyers to reach US District Court. His funds are totally depleted. Plaintiff request court appointed counsel for Civil Action No. 05-2478 and for the new filing of 9/24/07. Plaintiff also request that the filing fee be waived.

Richard L. Miller
1515 S. Arlington Ridge Road,
Apt. 304
Arlington, Virginia 22202
rmiller707@yahoo.com
202-365-1061

**RECEIVED**

SEP 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT