UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No. 05-2478 (GK) |
| MARK V. ROSENKER, Chairman, ) | |
| NATIONAL TRANSPORTATION ) | |
| SAFETY BOARD ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PRAECIPE**

Pursuant to the Court's October 19, 2007 order, the Defendant submits this praecipe indicating that the Defendant will withdraw its First Motion to Dismiss or for Summary Judgment in the above captioned case. After the Defendant had filed his first motion to dismiss or for summary judgment, the Plaintiff filed an amended complaint which included new allegations and claims. The Defendant filed a second motion to dismiss or for summary judgment in response to Plaintiff's amended complaint. The Defendant notes that the declaration of Fara D. Guest filed in the first dispositive motion was also attached to the second motion to dismiss or for summary judgment in support thereof and should likewise be considered an exhibit to the second dispostive motion.

October 25, 2007              Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____/s/_____
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Praecipe was mailed on October 25, 2007 to:

RICHARD MILLER
1515 S. Arlington Ridge Road
#304
Arlington, VA 22202

                                          _____/s/_____
                                          ANDREA McBARNETTE, D.C. Bar  # 483789
                                          Assistant United States Attorney
                                          555 Fourth Street, N.W.
                                          Washington, D.C. 20530