CLERK
US DISTRICT & BANKRUPTCY
COURT

2008 MAY -9 PM 9: 12

RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MILLER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | |
| ) | Civil Actions Nos. |
| MARK V. ROSENKER, ) | 07-0562 (GK) |
| ) | 06-1071 (GK) |
| Chairman, ) | 05-2478 (GK) |
| NATIONAL TRANSPORTATION ) | |
| SAFETY BOARD ) | |
| ) | |
| Defendant ) | |

**PRO SE EMERGENCY MOTION FOR COURT APPOINTED COUNSEL**

Plaintiff was granted Motion for Leave to Proceed in forma pauperis by Judge Richard W. Roberts on October 3, 2007. (Case No. 07-1832). Plaintiff had also filed Pro Se Motion for Court Appointed Counsel for Case No. 07-1832, No. 07-0562, No. 06-1071, and No. 05-2478. The Court approved the request for Case No. 07-1832 which was the only one that had the in forma pauperis form filed. The Court denied without prejudice the other three cases. Pro Se Plaintiff did not understand that you could be in forma pauperis in one case and not others. Thus, Plaintiff has now filed in forma pauperis for the three remaining cases (Case No. 07-0562, No. 06-1071, and No. 05-2478).

Plaintiff's financial condition has worsened since that time and he has been forced to sell his car to subsist. Plaintiff has sought counsel to represent him but has been severely limited due to lack of funds and the complexity, size of cases and having 4 cases in US District Court. Plaintiff continues to seek private counsel.

RECEIVED
MAY 9 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If a plaintiff is proceeding in forma pauperis, the court is authorized to appoint counsel under 28 U.S.C. S. 1915 (e)(1), but is not obliged to do so unless the plaintiff demonstrates such exceptional circumstances exist that the denial of counsel would result in fundamental unfairness. Whether exceptional circumstances exist requires an evaluation of the type and complexity of each case, and the abilities of the individual bringing it.

The Plaintiff, proceeding pro se and in forma pauperis, hereby, requests court appointed counsel for his remaining three (3) cases presently in US District Court: 07-0562(GK), 06-01071 (GK), 05-2478 (GK).

Plaintiff has contacted Defendant's counsel whose only objections seem to be that filings for in forma pauperis for the three remaining cases were not on record and threshold dispositive motions are briefed in two of the cases. The Plaintiff has now filed in forma pauperis for the three remaining cases. Plaintiff's response to Defendant Motion to Dismiss is due June 4, 2008 in Case No. 07-0562. Plaintiff believes a review of all cases should be done to see if there is any overlap as Defendant claims in his Reply in Support of Defendant's Motion to Dismiss (Case No. 06-1071). Also, Plaintiff believes there should be further analysis and submittals on the consolidation of the cases and other simplifications of the three remaining cases. Plaintiff's mental condition has declined further and he is unable to file a response to Motion to Dismiss or to complete the other needed tasks for due process.

Each of these cases is complex in the legal and factual issues involved in their own right, and with the four cases, the complexity quadruples. The issues are many including discrimination, retaliation, removal, decisions from Merit Systems Board and Equal Employment Office, not one but three supervisors, age discrimination, and severe physical and mental disabilities. Several doctors including two primary physicians, two neurologists,

orthopedic surgeon, neurosurgeon, anesthetist, and three physical therapist, physiatrist, etc. will need to be witnesses or experts. The cases cover a long time period. The earlier cases go back to 2001 and the latter ones cover periods up to 2006. The Plaintiff is also severely disabled both mentally and physically. (See attached documents from Dr. Smith, Dr. Klaiman and Dr. Parkhurst). The Plaintiff has been hospitalized twice in the last month. Plaintiff is scheduled for a heart operation in mid-May. The Plaintiff had to have assistance in preparation of this motion and other documents. In fact, the Plaintiff needs assistance in daily living tasks. In addition, I am an only child and my mother is dependent on me due to her breast cancer surgery, her age of 89, and, in part, memory.

Plaintiff request that these three remaining cases be assigned to the same attorney as Case No. 07-1832.

At this stage in US District Court, the appointment of court appointed counsel will serve a high degree in the interests of justice for Plaintiff's due process and justice and the benefit the court may derive from the assistance of the appointed counsel. Plaintiff believes that appointed of counsel will greatly help to simplify these four cases and that it will help to move these four cases forward quickly.

Respectively submitted,

Richard L. Miller
1515 S. Arlington Ridge Road, #304
Arlington, Va. 22202
202 365-1061

## CERTIFICE OF SERVICE

I HEREBY CERTIFY that on this 9th day of May, I have caused a copy of the foregoing motion to be mailed postage prepaid, to Brian Pl. Hudak, Assistant United States Attorney, 555 4th Street, NW, Washington D.C., 20530, 202 514-7143.

Richard L. Miller
1515 S. Arlington Ridge Road, Apt. 304
Arlington, Va. 22202
202 365-1061



# Parkhurst Associates Mental Health Services

1755 'S' Street, NW      Suite 6B      Washington, DC 20009      (202) 234-7738

April 2, 2008

To Whom It May Concern:

I first saw Richard Miller as a client in my psychology practice in 2001, and his most recent treatment began in 2004. I saw Mr. Miller most recently on April 1, 2008. Mr. Miller has and is suffering from debilitating depression and anxiety due to increasingly severe physical conditions that have prevented him from working. I recommended in May, 2004, that Mr. Miller stop working, as his mental state was declining due to the stress of attempting to work when he was no longer physically able. Since then, I have proclaimed him disabled for mental health reasons, and have supported his attempts to receive compensation for disability.

My diagnoses have been confirmed by J. Thomas O'Rourke, MD (Psychiatrist,) and by Jorge Rodriguez, Ph.D. (Psychologist.) We are in agreement that Mr. Miller meets criteria for being disabled, as he suffers from a severe, chronic mental impairmen,t which results in substantial functional limitations.

Sincerely,

*[signature]*

John C. Parkhurst, Ph.D.

**MARK D. KLAIMAN, M.D., L.C.**
*Physical Medicine and Rehabilitation*

April 14, 2008

**Re: Richard Miller**

To Whom It May Concern:

Mr. Miller has been under my care since November 2006, for the management of his chronic neck and lower back pain. He has documented degenerative disc disease in the cervical and lumbosacral spine. He suffers from frequent neck pain and headaches which have interfered significantly with daily functional activities and work. He has received a multitude of therapies including physical therapy, acupuncture, trigger point injections, Botulinum Toxin A injections and nerve blocks. The various therapies have been helpful in reducing the intensity and frequency of painful episodes, however he has ongoing residual discomfort.

It is my opinion that Mr. Miller meets the criteria for medical disability given the severity and chronicty of his condition.

Sincerely,

Mark D. Klaiman MD

**ADRIENNE M. SMITH, M.D.  CHILD AND ADULT NEUROLOGY**   4530 CONNECTICUT AVE. N.W. #10
                                                         WASHINGTON, D.C. 20008-4328

**fax/phone: 202 244-8783**

---

patient's name: _Richard Miller_

DOB: _____   Date of visit: _4/1/08_   initial ____   F/U ✓

chief complaint: _Follow up - pt. on worker's Compensation_

other medical illnesses or interim changes: _[approved '04  1st case = 9/07]_

Current/medications: _Dr. Ki— - 1° Dr. June '06._

EXAM:

_My pt. is disabled, suffering from Chronic physical impairment secondary to cervical and lumbar disc disease. And is under-ongoing therapy for cervicalgia - (headaches) from greater occipital Nerve inju (Neuralgia). This causes substantial functional limitations since he can not work._

A: 1) _Cervical DDD_              P: 1) _Return to Dr. Tozzi_
   2) _Lumbar-sacral DDD_            2) _____
   3) _____                         3) _____
   4) _____                         4) _____

Other: _____

Treating physician: _A. Smith, M.D._