UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MILLER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-02478 (GK) |
| ) | |
| MARK V. ROSENKER, CHAIRMAN ) | |
| NATIONAL TRANSPORTATION ) | |
| SAFETY BOARD ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF APPEARANCE**

    The Clerk of the Court will please enter the appearance of Carl S. Nadler as counsel for Plaintiff, Richard Miller, in the above-captioned case.

July 10, 2008

                                                            /s/
                                      CARL S. NADLER (DC Bar No. 395729)
                                      HELLER EHRMAN LLP
                                      1717 Rhode Island Avenue, NW
                                      Washington, D.C.  20036
                                      (202) 912-2000
                                      (202) 912-2020 (fax)
                                      carl.nadler@hellerehrman.com

## CERTIFICATE OF SERVICE

    I, Carl S. Nadler, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 10, 2008.

                                              _____/s/_____
                                              CARL S. NADLER