UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2478 (GK) |
| ) | |
| MARK V. ROSENKER, Chairman, ) | |
| NATIONAL TRANSPORTATION ) | |
| SAFETY BOARD, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff Richard Miller brings this action against Defendant Mark V. Rosenker, in his official capacity as Chairman of the National Transportation Safety Board ("NTSB"), alleging gender discrimination in violation of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e et seq., age discrimination in violation of the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621 et seq. (Count I), and retaliation for previous Equal Employment Opportunity ("EEO") complaints (Count II). This matter is before the Court on Defendant's Second Motion to Dismiss, or, in the Alternative, for Summary Judgment [**Dkt. No. 18**]. Upon consideration of the Motion, Opposition, Reply, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Second Motion To Dismiss [**Dkt. No. 18**] is **granted.**

This is a final appealable Order.  See Fed. R. App. P. 4(a).

|  |  |
|---|---|
| July 25, 2008 | /s/<br>Gladys Kessler<br>United States District Judge |

**Copies to: Attorneys of record via ECF**