## *the Integrative Medicine Works*
### Joseph J. Lamb, M.D., PC

Joseph J. Lamb, M.D.     Susan S. Buell, Health Educator
Board Certified Care in Internal Medicine and Holistic Medicine

*A journey together through illness and health to optimal wellness*

3/52/05

Medical Consultant
C/o Cynthia Lepson
National Transportation Safety Board
Human Resources Tradition, AD-30
490 L'Enfant Plaza
Washington, D.C. 20594

Re: Richard L. Miller

To whom it may concern,

Mr. Miller has been my patient since December 2000 shortly after he moved to the Washington D.C. area to take a new position with the NTSB. He reports that he was very excited to beginning his new job. He has stated that he "looked forward to bringing his local, state and private sector experience to the government in his last years of service" and he was "eager to establish the credit card program and to establish the NTSB Training Academy."

In response to your questions:

    a. The nature, severity, and duration of the impairment:
    He presented during his first visit with a history of an anxiety disorder and also with reports of abnormal Pulmonary Function Tests demonstrating early changes of Chronic Obstructive Pulmonary Disease (COPD). Beginning in Mar 2001, he was started on Paxil for depression and persistent anxiety. In September 2001, inhaled steroids and long acting bronchodilators (Advair discus) were prescribed for his COPD. During 2002, he underwent surgery for resection of a spermatocele and the post-op course was complicated by recurrent wound infections. In March 2003, during a course of extended sinusitis, he experienced an episode of dizziness and was found to have white matter changes on MRI scanning. In early 2004, Mr. Miller was hospitalized in North Carolina for atypical chest pain, and cardiac workup was benign, however, progression of his lung disease was noted. Further workup here in Alexandria demonstrated moderate obstructive lung disease. He has a history of low back pain and would receive epidural blocks in 2004 for his pain which failed to respond to medical therapy. He has also been treated for thyroid hormone resistance for the last three years.

5249 Duke Street, Suite 309   Alexandria, Virginia 22304
Phone: 703-823-8206    Facsimile: 703-823-1189
www.theintegrativemedicineworks.meta-ehealth.com

p.2 (Richard L. Miller)

He reports that he "has had two workmen's comp injuries on the job which aggravated previous conditions. He lost 300 hours of approved sick leave where no one did his work.

Though these medical problems taken individually may be considered rather insignificant; in total, they have markedly increased Mr. Miller's anxiety and depression. His anxiety has prevented successful attempts at discontinuation of smoking and continued smoking has contributed to worsening pulmonary disease and naturally increased anxiety. Despite medical therapy and continued psychiatric care, his symptoms have not abated and have only escalated as his situation at work became progressively uncomfortable. At present, his anxiety and depression are moderately severe and indeed contribute to his issues performing at work.

b. The activity or activities that the impairment limits:
His considerable health issues limit his ability to concentrate and to focus on the task at hand when he finds himself in uncomfortable, indeed adversarial settings. Mr. Miller has expressed concern that "he is being locked out of meetings, being set-up for failure, assigned replacement projects, given changing and unclear direction, given no assistance, experiences computer problems, placed in stressful situations, harassed...."

This work environment fosters increased anxiety and subsequent depression regarding his future. Assignment of new tasks including detailed accounting of the use of his time only increase his burdens and further take time from performing his duties.

c. The extent to which the impairment limits the employee's ability to perform the activity or activities described in paragraph b. above:
His medical problems provide certain roadblocks to adequate completion of his work; however, this has been greatly magnified by the hostile environment which has contributed to Mr. Miller's decline physical and psychological health. I strongly believe that resolution of this issue will lead to significant incremental improvements in Mr. Miller's performance and satisfaction on all parties' parts.

p.3 (Richard L. Miller)

    d. Why a part-time work schedule was required and how this schedule assisted the employee to perform the functions of his position?
A part-time schedule was recommended to allow the patient a respite from the unhealthy work situation and to allow time for him to master his anxiety and depression. Instead, the negative feedback and responses from his supervisors have only exacerbated his current physical and psychological conditions.

I strongly believe that Mr. Miller can continue to be a positive asset to the NTSB as this situation is resolved and his overall health improves.

Sincerely,

Joseph J. Lamb, M.D.