

**Parkhurst & Associates
Psychological Services**

1755 'S' Street, NW
Suite 6B
Washington, DC 20009
(202) 234-7738

October 11, 2005

To Whom It May Concern:

    Richard Miller has been under my care most recently since May, 2004. I last saw him on September 30, 2005. I have reviewed the attached "Employee Statement of Richard Miller" in which Mr. Miller has identified the following as on-the-job stressors: pain and suffering from injuries he sustained on-the-job in May and July of 2004; working on high visibility projects; a lack of staff support; inadequate direction from superiors; a lack of information necessary to perform his assigned tasks; deadlines and too many projects. The job-related stressors identified in his statement are consistent with those he has identified to me in psychotherapy. His on-the-job stress increased, according to Mr. Miller, in early 2004 when a project (credit card purchase program) which was supposed to be transferred from him in mid 2004, continued under his care as new demands were placed on him. In addition, because he was having difficulty performing his work tasks due to the increased work load, requirements were imposed to document all of his work, which simply added more to his work load.

    In my professional opinion, which I hold to a reasonable degree of professional certainty, the job stressors identified by Mr. Miller have been a contributing factor in causing Mr. Miller's depression and anxiety disorder. While he struggled against medical advice to continue working, even while dealing with depression and anxiety, it has become evident to me and to Mr. Miller that beginning in May of 2004 he became more and more disabled from his work by his psychological conditions. It is evident to me and to Mr. Miller that his disability from work became total in July of 2004.

    In my opinion, which I hold to a reasonable degree of professional certainty, his depression and anxiety disorder have progressed to fully disable him from all work. I have provided Mr. Miller with a release from all work. I understand that he is presently on administrative leave, but I have insisted for the past year that he should be on sick leave.

    In support of my opinions, I note that it is recognized in the mental health community that the type of stresses Mr. Miller has identified are capable of causing and aggravating depression and anxiety. His current state of depression and anxiety do not allow him to properly concentrate, focus or analyze problems, as is required in his job. The medications he is on for pain from the May and July 2004 injuries and the medication he has been prescribed for depression and anxiety contribute to his difficulty performing his assigned tasks.

    The period of Mr. Miller's psychological disability is indefinite. He is undergoing semi-weekly psychotherapy, physical therapy (when insurance will reimburse for such,) and multiple diagnostic evaluations, both physical and psychiatric.

    Mr. Miller has medical and psychological conditions that have been exacerbated by the stressors he has encountered at work to the point of threatening his life. He must refrain from working, despite his desire to do so, until such time that his physical and psychological health are restored.

*John C. Parkhurst*

John C. Parkhurst, Ph.D.
Licensed Psychologist