

**Parkhurst & Associates
Psychological Services**

1761 'S' Street, NW
Suite 2
Washington, DC 20009
(202) 234-7738

March 5, 2005

To Whom It May Concern:

    Richard Miller has been in my care off and on since 2001. Since May, 2004, he has maintained bi-weekly, psychotherapy treatment for anxiety disorder NOS (DSM-IV-TR: 300.00; ICD-10: F41.9.)

    Upon my initial evaluation of Mr. Miller last year, at the onset of our current treatment planning, I immediately wrote a recommendation for Mr. Miller to stop working, due to his conditions. He has not followed that recommendation to date, for fear of negative consequences at his job, which are at the heart of my recommendation for him to extricate himself from such a psychologically damaging work situation and environment.

    Specifically, Mr. Miller reported experiencing a panic attack prior to re-instituting treatment with me in May, 2004. He had no prior history of panic attacks, although panic is a symptom of several anxiety disorders, and Mr. Miller does suffer an anxiety disorder. Mr. Miller initially sought hospitalization for the panic attack, which began a sequence of medical diagnoses of problems with which he must deal. Most significantly, he has marked emphezema, and was ordered to quit smoking cigarettes. Given the anxiety that he was experiencing at work, he was unsuccessful at numerous attempts to contain his maladaptive, high risk behavior. He is still smoking cigarettes at this writing.

    Symptoms noted early in this treatment include tearfulness (even sobbing,) shaking, reported insomnia, and paranoia, all based directly on his perception that he was in a double-bind at work. He has had a high visibility position, single-handedly running a credit card program, and is responsible for oversight and reporting any suspected fraud. There have been many reports in the course of treatment of extreme anxiety about going to his office and having to deal with perceived inconsistent and unreasonable demands on his time, with his responsibilities being changed, offices moved, supervision switched, and no resources to complete assignments. Additionally, he has been repeatedly denied requests for earned leave, that I have encouraged him to take for his recovery and mental health.

    Anxiety and psychological stress are empirically determined causes of numerous psychophysiological symptoms, including a weakening of the immune system, and increasing risk for cardiopulmonary disease and cancer, and physical accidents, among other health issues including high-risk behaviors such as smoking cigarettes.

Correlationally, Mr. Miller has suffered physical injuries on the job, when he was told to move offices, and then given no help to do so. He has sought numerous medical opinions and treatments, as much as his health insurance would allow for 2004, without finding a specific diagnosis for his pain. The pain is real, and I believe that it is exacerbated by the stress under which he works, to create additional, psychophysiological complications as mentioned above, in the treatment of his injuries.

It is still my opinion, ten months later, that Mr. Miller will not be able to adequately recover from his anxiety disorder while he is still subjecting himself to his work environment, especially with the additional stresses of his physical injuries. Additionally, it seems apparent that as long as he continues to work, he will continue to smoke cigarettes, which for him is now a very high-risk behavior. I believe that I am watching a man decline to a point that is permanently risking his health and life, and that our psychotherapy is only maintaining a portion of his sense of well-being to a point that he can still function in his basic activities.

The prescribed treatment plan for Richard Miller is to continue bi-weekly psychotherapy sessions with me for treatment of anxiety, to coordinate the care for his other medical problems through his Employee Assistance Plan, and to continue his treatment regimen with other specialists. This treatment would be optimized if Mr. Miller were free from working for at least six moths to one year, to fully recover. I would re-evaluate his ability to return to work periodically, as symptoms abate.

This letter and opinion is written for and delivered to Mr. Richard Miller to use as he deems necessary, so that nothing herein might be construed as a breach of confidentiality. Distribution of this document is at the client's discretion.

Sincerely,

John C. Parkhurst, Ph.D.
Psychologist, (DC Lic. 1787)