# ADRIENNE M. SMITH, M.D.

Child & Adult Neurology

Follow up consultation:
Richard L. Miller
SS#
Date of exam: 7/29/05
Date of injury 5/24/2004

Mr. Miller has been my patient since 12/10/03. I was treating him for low back pain.

**On May 24, 2004** Mr. Miller injured his back again while moving files, filing cabinets and boxes filled with files, at work. He and a co-worker also attempted to move a credenza, with difficulty. Since that accident my patient has had chronic back pain, intermittent incontinence, encopresis and radicular pain into both legs.

**Prior to that May 24, 2004 accident**, Mr. Miller was having lower back and left leg pain from a L4-L5 focal disc herniation with impingement of the L5 nerve root. This was diagnosed by MRI on Nov. 20, 2003, in which the disc was described as a free fragment. A follow up MRI of his low back on June 02, 2004 has shown a resolution of the free fragment. An MRI of the cervical spine at that time showed degenerative disc disease at multiple levels, as well.

**By June 21, 2004, Mr. Miller was experiencing increasing stress related anxiety and depression.** There was also libidinal dysfunction, and insomnia. Medication was prescribed, but the stress worsened and his work suffered. The patient continued to suffer from chronic pain, and accumulating sleep deprivation, which worsened his stress related anxious depression. His other medical problem, of hypertension, required medications as well. His current medicines include Wellbutrin/ativan/Ambien/BuSpar/Toperol/hydrocodone.

**Current exam today finds**: Weight loss of about 20# since last visit, negative straight leg raising, negative romberg testing, tandem and FTN testing was normal, DTR's in the upper extremities are 2+ and symmetric, with absent abdominal reflexes, and 3+ reflexes in the lower extremities at the knees and absent reflexes at the ankles, with bilateral down going toes. During the exam the patient exhibited diffuse diaphoresis, and had difficulty breathing.

**Diagnoses:**
1. L4-L5 HNP (ICD-9-CM 722.10)
2. Episodic sciatica, left leg. (ICD-9-CM 722.2)
3. Cervical spine degenerative disc disease. (ICD-9-CM 722.0)
4. Re-injury of low back disc disease with re-exacerbation of chronic back pain.
5. Disabling anxious depression, stress related, secondary to chronic pain. (ICD-9-CM 300.4)

p.2
R. Miller

**Assessment:**
Mr. Miller is in a downward spiral with increasing disability from stress related anxious-depression, chronic pain and sleep deprivation. The accident of May 24, 2004 changed the nature of Mr. Miller's stable chronic back disability, and pushed it into an unstable state, which has made all things worse.

A recent study has shown that even with the use of analgesics for chronic pain, REM sleep deprivation increases sensitivity to acute pain (presented at the Associated Professional Sleep Societies 19th Annual Meeting in Denver, Colorado). This study suggests a bi-dimensional relationship between disturbed sleep and pain. Pain disrupts sleep, and disrupted sleep enhances pain. The use of analgesics suppresses REM sleep, and the resulting REM sleep deprivation increase sensitivity to acute pain. Since the accident of 5/24/04, Mr. Miller has been experiencing more interrupted sleep, and lowered pain threshold, leading to stress-related conditions, including disorganization and concentration difficulty. He has difficulty with multi-tasking, and has now been placed on a 60 day 'Performance Improvement Plan' which has markedly increased his anxiety.

It is my medical opinion, to a reasonable degree of medical certainty, that the accident of May 24, 2004 worsened Mr. Miller's pre-existing herniated disc and osteophytic disease. Further, the stress related anxiety and depression surrounding his chronic pain and increasing difficulty at work performance, is perpetuating his disability.

**Suggestion:**
Mr. Miller needs short term and perhaps long term disability, starting with reduction of his current workload. Physical rehabilitation was helpful in the past, but because of work, he has not been able to pursue adequate treatment.

Adrienne M. Smith, M.D.   8\1\05
Adult and Child Neurology
202 251-9804