## AFFIDAVIT OF JOHN C. PARKHURST, Ph.D:

I, John C. Parkhurst, Ph.D., hereby attest to the following under the penalties of perjury:

1. On November 27, 2006, I was available and anticipated testifying in the MSPB Appeal of Richard L. Miller.

2. I was told that the Administrative Judge would not let me testify.

3. I went to the University of Southern Mississippi and received a Ph.D. in Counseling Psychology in 1992.

4. I am licensed to practice Psychology in the District of Columbia (License No. 1787)

5. I first saw Richard Miller on December 7, 2001.

6. Mr. Miller's most recent treatment began in May 2004.

7. Upon information and belief, my diagnosis has been confirmed by Dr. J. Thomas O'Rourke and Dr. Jorge Rodriquez.

8. Major depression is marked by a depressed mood that lasts more than two weeks and is accompanied by several distinct symptoms associated with eating, sleeping, concentrating, etc.

9. The depression and anxiety was exacerbated by a stressful work environment and the manner in which Mr. Miller's supervisors dealt with him. It is well documented that anxiety and stress exacerbate depression and insomnia, which Mr. Miller suffers from as well.

10. Patients that suffer from anxiety depression usually show the following symptoms: persistent sadness, irritability, feelings of anxiety loss of interest or pleasure in life, neglect of personal responsibility or personal care, changes in eating habits, changes in sleeping patterns, fatigue and loss of energy, extreme mood changes, feeling helpless, hopeless, or worthless, physical symptoms (e.g., headaches, chronic pain), increased alcohol or drug use, thoughts of death or suicide.

11. I have not prescribed any medications for Mr. Miller, however, I am aware that he in on numerous medications due to physical disabilities as a result of an on the job injury and because of the psychological disabilities noted above.

12. The combination of Mr. Miller's chronic physical and psychological disabilities coupled with the side effects of the medications kept him significantly limited in the major life activities of concentrating, sitting, sleeping, focusing, and working.

13. Mr. Miller would most probably have been able to complete most simple tasks, however, the medications and physical and psychological disabilities would have made more complex tasks, such as classifying, organizing and categorizing more difficult, if at all possible.

14. A stressful environment, or even an environment perceived as stressful to a patient could aggravate and any all of that patient's symptoms.

15. I have continued to see Mr. Miller on a regular basis since his first visit in 2004.

16. I generally see Mr. Miller on a bi-weekly basis.

17. During the period of January 2004 – June, 2006 Mr. Miller's symptoms showed significant deterioration to the point that while he may have been physically attending his job; it would be highly unlikely that he would be able to successfully complete the tasks of a GS-14 employee.

18. On May 22, 2004, I drafted a letter stating that it was my belief that Mr. Miller should take some time off from work.

19. The purpose of that letter was for Mr. Miller to submit it to his supervisors.

20. During March 2005, Mr. Miller requested that I draft another letter for him detailing his diagnosis and symptoms and again that Mr. Miller be allowed time off from work.

21. The purpose of this letter was for Mr. Miller to submit to his supervisors so that they could have a better understanding of what he was suffering from to allow Mr. Miller time off from work to accommodate his disabilities.

22. I drafted and signed that letter on March 5, 2005.

I declare that the foregoing is true and correct.

_____   Feb 15, 2007
Dr. John C. Parkhurst                Date