UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RICHARD MILLER,              )<br>                              )<br>     Plaintiff,             )<br>                              )<br>     v.                       )<br>                              )<br>MARK V. ROSENKER, Chairman,   )<br>National Transportation Safety Board, )<br>                              )<br>     Defendant.            )<br>                              ) | Civil Action No. 05-2478 (GK) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's motion for reconsideration, and Defendant's opposition thereto, it is hereby:

ORDERED that Plaintiff's motion is DENIED.

SIGNED:

_____                          _____
Date                                                       GLADYS KESSLER
                                                           United States District Judge